duenascpl

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

FILED
DISTRICT COURT OF GUAM
APR 20 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, ) | **COMPLAINT** |
| vs. ) | **POSSESSION WITH INTENT TO DISTRIBUTE METHAMPHETAMINE** |
| RAYMOND IGNACIO DUENAS, JR., ) | [21 U.S.C. §§ 841(a)(1) & 846] |
| Defendant. ) | |

THE UNDERSIGNED COMPLAINT CHARGES UPON INFORMATION AND BELIEF THAT:

On or about April 19, 2007, in the District of Guam, the defendant herein, RAYMOND IGNACIO DUENAS, did knowingly and intentionally attempt to possess with intent to distribute over fifty (50) grams of methamphetamine hydrochloride (ice), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

1

COMPLAINANT FURTHER STATES:

My name is Michelle Jong and I am a Special Agent with the Drug Enforcement Administration (DEA). In that capacity, I attest to the following:

1) On April 19, 2007, I was present during the execution of a search warrant at the residence of Raymond Ignacio Duenas, Jr. and his wife Lourdes Castro Duenas. The residence was located on Chamorro Land Trust property off of Y-Sengsong Road, Dededo. The Duenas' were living in a makeshift house consisting of a wooden structure with a tin roof, and an extension consisting of a tent, which was part of their living quarters. Duenas and his wife slept in the tent, which had a bed, shelving, a television, and quantity of miscellaneous clothing and other items.

2) When I went into Duenas' bedroom I observed that there was a digital safe, approximately 2x2x1.5 feet, against the north wall of the tent. I have talked to Jason P.B. Aguon, Guam Police Officer PO III, who was also present during the search. He advised me that ultimately the safe was examined and opened by Explosive Ordinance Division. He advised me that the safe contained numerous items of jewelry and watches, and a nylon pouch with a ziplock plastic bag. There was a white crystal-like substance inside the plastic bag. He administered a Marquis-Reagent field test and the substance tested presumptive-positive for methamphetamine. He advised me the gross weight of the crystalline material and the plastic bag was approximately 76 grams.

//

//

//

3) I was also advised by Officer Aguon that during the execution of the search that GPD officers discovered electronic scales, and many small plastic baggies, which in his training and experience are used in the trafficking of controlled substances.

FURTHER AFFIANT SAYETH NAUGHT.

*[signature]*
MICHELLE M. JONG
Special Agent
Drug Enforcement Administration

SUBSCRIBED AND SWORN TO before me on this 20th day of April, 2007.

*[signature]*
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge
District Court of Guam

3

| **Criminal Case Cover Sheet** | | **U.S. District Court** |

**Place of Offense:**

City _____Hagåtña_____

Country/Parish _____

**Related Case Information:**

07-00039

Superseding Indictment _____ Docket Number _____
Same Defendant _____ New Defendant ___x___
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ____ No __X__    Matter to be sealed: ____ Yes __x__ No

Defendant Name        RAYMOND IGNACIO DUENAS JR.

Alias Name            _____

Address               _____

                      Astumbo, Guam

Birthdate _Xx/xx/_ SS# _xxx-xx-_ Sex _M_ Race _PI_ Nationality _Chamorro_

**U.S. Attorney Information:**

AUSA _____Karon V. Johnson_____

Interpreter: __X__ No ____Yes    List language and/or dialect: _____

RECEIVED
APR 20 2007
DISTRICT COURT OF GUAM
HAGATNA, GUAM

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____

☐ Already in State Custody

☐ On Pretrial Release

**U.S.C. Citations**

Total # of Counts: __1__    ____ Petty ____ Misdemeanor __X__ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 USC §§ 841 & 846 | Possession with Intent to Distribute Methamphetamine | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(May be continued on reverse)

Date: __4/20/07__    Signature of AUSA: __Karon V Johnson__