1 | LEONARDO M. RAPADAS
United States Attorney
2 | KARON V. JOHNSON
Assistant U.S. Attorney
3 | Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
4 | Hagåtña, Guam 96910
TEL: (671) 472-7332
5 |
Attorneys for the United States of America
6 |

ORIGINAL

**FILED**

DISTRICT COURT OF GUAM

APR 20 2007

MARY L.M. MORAN
CLERK OF COURT

7 | **IN THE UNITED STATES DISTRICT COURT**

8 | **FOR THE TERRITORY OF GUAM**

9 |

| UNITED STATES OF AMERICA, | ) CRIMINAL CASE NO. **07-00039** |
|---|---|
| Plaintiff, | ) |
| vs. | ) **MOTION FOR WRIT OF HABEAS** |
| | ) **CORPUS AD PROSEQUENDUM** |
| RAYMOND IGNACIO DUENAS, JR., | ) |
| Defendant. | ) |

The United States of America, by and through undersigned counsel, hereby moves this Honorable Court for an order for a Writ of Habeas Corpus Ad Prosequendum. The defendant, RAYMOND IGNACIO DUENAS, JR., is now in the custody of the Territorial Detention Center and that said prisoner is required to appear before this Court on April __, 2007, at _____ a.m. for his initial appearance in the United States District Court of Guam and whenever necessary hereafter to attend court appearances in the above-entitled case and upon completion of said prosecution and/or court appearances and/or upon further order of the court, return said prisoner to his place of confinement.

Dated this 20th day of April 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney