# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# INITIAL APPEARANCE

CASE NO.: CR-07-00039-001　　　　　　　　　　　　DATE: April 23, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: None Present　　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez　　Electronically Recorded: 1:39:52 - 1:44:00
CSO: F. Tenorio

**APPEARANCES:**
Defendant: Raymond Ignacio Duenas, Jr.　　Attorney: John Gorman
☑Present ☐Custody ☐Bond ☐P.R.　　☑Present ☐Retained ☑FPD ☐CJA
U.S. Attorney: Karon Johnson　　　　U.S. Agent:
U.S. Probation: Robert Carreon　　　U.S. Marshal: C. Marquez
Interpreter:　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance re Complaint**
- Financial Affidavit reviewed and accepted: <u>Federal Public Defender</u> appointed to represent the defendant.
- Preliminary Examination set for: <u>April 30, 2007 at 9:30 a.m.</u>
- Defendant remanded to the custody of the U.S. Marshals Service for: <u>Detention</u>

NOTES: