1  duenas ind
2  LEONARDO M. RAPADAS
   United States Attorney
3  KARON V. JOHNSON
   Assistant U.S. Attorney
4  Suite 500, Sirena Plaza
   108 Hernan Cortez Avenue
5  Hagatna, Guam 96910
   TEL: (671) 472-7332
6  FAX: (671) 472-7334

7  Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM
APR 25 2007
MARY L.M. MORAN
CLERK OF COURT

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  vs.<br><br>RAYMOND IGNACIO DUENAS, JR., and<br>LOURDES CASTRO DUENAS,<br><br>  Defendants. | CRIMINAL CASE NO. 07-00039<br><br>**INDICTMENT**<br><br>**CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE**<br>[21 U.S.C. § 841(a)(1)] (Count 1)]<br><br>**POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE**<br>[21 U.S.C. § 841(a)(1)] (Count 2)<br><br>**USING AND CARRYING A FIREARM DURING A DRUG TRAFFICKING CRIME**<br>[18 U.S.C. § 924(c)(1)(A)(i)] (Counts 3 & 4) |

THE GRAND JURY CHARGES:

### COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Between April 20, 2006, and April 20, 2007, in the District of Guam, the defendants herein, RAYMOND GNACIO DUENAS, JR., and LOURDES CASTRO DUENAS, did unlawfully, willfully, and knowingly combine, conspire, confederate and agree with each other

and with other persons both known and unknown to the Grand Jury, to commit an offense against the United States, to-wit: distribution of more than fifty (50) grams net weight of methamphetamine hydrochloride (ice) in violation of Title 21, U.S.C. § 841(a)(1),

All in violation of Title 21, U.S.C. Section 846.

## COUNT II - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On or about April 20, 2007, in the District of Guam, the defendant herein, RAYMOND IGNACIO DUENAS, JR., did unlawfully and knowingly possess with intent to distribute more than fifty (50) grams net weight of methamphetamine hydrochloride (ice), a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1).

## COUNT III - USING AND CARRYING A FIREARM DURING A DRUG TRAFFICKING CRIME

On or about the April 20, 2007, in the District of Guam, the defendant herein, RAYMOND IGNACIO DUENAS, JR., did unlawfully, knowingly, and wilfully, during and in relation to a drug trafficking crime for which he could be prosecuted in a court of the United States, to-wit: possession of methamphetamine with intent to distribute as charged in Count II of this Indictment, use and carry a firearm, to-wit: a Ruger pistol, Model No. P89DC, 9 mm caliber, Serial No. 315-18680, and in furtherance of such crime did possess said firearm,

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

## COUNT IV - USING AND CARRYING A FIREARM DURING A DRUG TRAFFICKING CRIME

On or about the April 20, 2007, in the District of Guam, the defendant herein, RAYMOND IGNACIO DUENAS, JR., did unlawfully, knowingly, and wilfully, during and in relation to a drug trafficking crime for which he could be prosecuted in a court of the United States, to-wit: distribution of methamphetamine hydrochloride (ice) in violation of Title 21,

U.S.C. § 841(a)(1), use firearms, to-wit: a Winchester shotgun, Model 1300, SN L2323841; a Rossi shotgun, SN SP042385, a Winchester 12 gauge shotgun, Model 1200, SN L689291, a Harrington & Richardson 12 gauge shotgun, Model 158, SN AH226661, and a Lorcin .380 semi-automatic pistol, Model L380, SN 107749, and in furtherance of such crime did possess said firearms, in violation of Title 18, United States Code, § 924(c)(1)(A)(i).

DATED this 25th day of April, 2007.

A TRUE BILL.

_____
Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney

# Criminal Case Cover Sheet

**U.S. District Court**

**Place of Offense:**

City ___Hagåtña___

Country/Parish ___N/A___

**Related Case Information:**

Superseding Indictment _____ Docket Number _07-00039_
Same Defendant _____ New Defendant __X__
Search Warrant Case Number _____
R 20/ R 40 from District of _____

**Defendant Information:**

Juvenile: Yes ___ No _X_   Matter to be sealed: ___ Yes _X_ No

Defendant Name ___Lourdes Castro Duenas___

Allisas Name _____

Address _____

Birth date __XX/XX/1967__ SS# __XXX-XX-1800__ Sex _F_ Race _PI_ Nationality _U.S._

**U.S. Attorney Information:**

AUSA __Karon V. Johnson__

Interpreter: _X_ No ___ Yes   List language and/or dialect: _N/A_

**Location Status:**

Arrest Date _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody
☐ On Pretrial Release

**RECEIVED APR 25 2007 DISTRICT COURT OF GUAM HAGATNA, GUAM**

**U.S.C. Citations**

Total # of Counts: __1__  ___ Petty ___ Misdemeanor _X_ Felony

| | Index Key/Code | Description of Offense Charged | Count(s) |
|---|---|---|---|
| Set 1 | 21 U.S.C. § 841(a)(1) | CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |

(Continued on reverse)

Date: __4/25/07__   Signature of AUSA: _Karon V. Johnson_