AO83 (Rev. 10/03) Summons in a Criminal Case

RECEIVED
APR 26 2007
US MARSHALS SERVICE-GUAM

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM

UNITED STATES OF AMERICA
V.

**LOURDES CASTRO DUENAS**

SUMMONS IN A CRIMINAL CASE

Case Number: **CR-07-00039-002**

(Name and Address of Defendant)

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910** | Room<br>**COURTROOM** |
|---|---|
| Before: **HONORABLE JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge** | Date and Time<br>**Monday, April 30, 2007 at 10:00 a.m.** |

To answer a(n)

X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Violation Notice

Charging you with a violation of Title _____ 21 _____ United States Code, Section(s) _____ 841(a)(1)

Brief description of offense:

Conspiracy to Distribute Methamphetamine Hydrochloride

**FILED**
DISTRICT COURT OF GUAM
APR 27 2007
MARY L.M. MORAN
CLERK OF COURT

_____
**LEILANI R. TOVES HERNANDEZ, Deputy Clerk**
Name and Title of Issuing Officer

_____
Signature of Issuing Officer

**April 25, 2007**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

| RETURN OF SERVICE | |
|---|---|
| Service was made by me on:[1] | Date 4/27/2007 |

| Check one box below to indicate appropriate method of service |
|---|
| ☑ Served personally upon the defendant at: Mangilao, Guam |
| ☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left: |
| ☐ Returned unexecuted: |

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  4/27/2007
         Date

J. Salas
Name of United States Marshal

_[signature]_
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.