**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
INITIAL APPEARANCE**

CASE NO.: CR-07-00039-001          DATE: April 30, 2007

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori      Court Reporter: Wanda Miles
Courtroom Deputy: Leilani Toves Hernandez      Electronically Recorded: 1:39:03 - 1:45:22
CSO: J. Lizama / L. Ogo

**APPEARANCES:**
Defendant: Raymond Ignacio Duenas, Jr.      Attorney: John Gorman
☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☑ FPD ☐ CJA
U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: Christopher Duenas      U.S. Marshal: V. Roman / R. Okada
Interpreter:      Language:

**PROCEEDINGS: Initial Appearance on an Indictment and Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Plea entered: Not guilty
- Trial set for: July 2, 2007 at 9:30 a.m.
- Defendant to remain in the custody of the U.S. Marshals Service.

NOTES: