AO83 (Rev. 10/03) Summons in a Criminal Case

RECEIVED
APR 26 2007
US MARSHALS SERVICE-GUAM

FILED
DISTRICT COURT OF GUAM
MAY 1 2007
MARY L.M. MORAN
CLERK OF COURT

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ GUAM _____

UNITED STATES OF AMERICA
V.

**RAYMOND IGNACIO DUENAS, JR.**

(Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR-07-00039-001

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| 3rd FLOOR, U.S. COURTHOUSE<br>520 WEST SOLEDAD AVENUE<br>HAGATNA, GUAM 96910 | COURTROOM |
| | Date and Time |
| Before: HONORABLE JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge | Monday, April 30, 2007 at 10:00 a.m. |

To answer a(n)
X Indictment ☐ Information ☐ Complaint ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Pretrial Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Count I - Conspiracy to Distribute Methamphetamine Hydrochloride [21 U.S.C. § 841(a)(1)]

Count II - Possession of Methamphetamine Hydrochloride with Intent to Distribute [21 U.S.C. § 841(a)(1)]

Count III and IV - Using and Carrying a Firearm During a Drug Trafficking Crime [18 U.S.C. § 924(c)(1)(A)(i)]

LEILANI R. TOVES HERNANDEZ, Deputy Clerk
Name and Title of Issuing Officer

*[signature]*
Signature of Issuing Officer

April 25, 2007
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

# RETURN OF SERVICE

Date

**RECEIVED**

Service was made by me on:[1]

APR 30 2007

Check one box below to indicate appropriate method of service

UNITED STATES MARSHALS SERVICE-GUAM

ATTN:

☐ Served personally upon the defendant at: 520 W. SOLEDAD AVE, SUITE 344
HAGATNA, GUAM 96910

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

**RECEIVED**

Returned on  APR 30 2007
             Date
US MARSHALS SERVICE-GUAM

_J. Salas_
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.