JOHN T. GORMAN
Federal Public Defender
First Hawaiian Bank Building
400 Route 8, Suite 501
Mongmong, Guam 96910
Telephone: (671) 472-7111
Facsimile: (671) 472-7120

Attorney for Defendant
RAYMOND IGNACIO DUENAS, JR.

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR 07-00039 |
| | ) |
| Plaintiff, | ) MOTION TO WITHDRAW AS |
| | ) COUNSEL; MEMORANDUM OF LAW; |
| vs. | ) DECLARATION OF COUNSEL; |
| | ) CERTIFICATE OF SERVICE |
| RAYMOND IGNACIO DUENAS, JR., | ) |
| | ) |
| Defendant. | ) |
| | ) |

## MOTION TO WITHDRAW AS COUNSEL

COMES NOW the defendant, RAYMOND IGNACIO DUENAS, JR., through counsel, John T. Gorman, Federal Public Defender, and moves this Honorable Court to permit the Office of the Federal Public Defender to withdraw from representation of RAYMOND IGNACIO DUENAS, JR. because of a conflict with a current client of the Office of the Federal Public Defender. This motion is based upon the attached Memorandum of Law and the Declaration of Counsel.

## MEMORANDUM OF LAW

The American Bar Association Model Rules of Professional Conduct (ABA MRPC),

ORIGINAL

provide that a lawyer shall not reveal confidential information relating to the representation of a client unless the client consents. Rule 1.6, ABA MRPC. The Model Rules also provide that a lawyer shall not represent a client if the representation of that client may be materially limited by the lawyer's responsibilities to another client. Rule 1.7(b) ABA MRPC.

The Office of the Federal Public Defender in good faith believes that the interests of one of our current clients is in conflict and directly adverse to that of Mr. Duenas. Thus, the Office of Federal Public Defender's ethically mandated zealous defense of Mr. Duenas may be adversely affected because of this conflict.

DATED: Mongmong, Guam, May 10, 2007

JOHN T. GORMAN
Attorney for Defendant
RAYMOND IGNACIO DUENAS, JR.

## DECLARATION OF COUNSEL

I, JOHN T. GORMAN, hereby declare as follows:

1. That I am counsel for defendant, RAYMOND IGNACIO DUENAS, JR., having been appointed pursuant to the Criminal Justice Act on April 20, 2007.

2. That the Office of Federal Public Defender's ethically mandated zealous defense of Mr. Duenas may be seriously compromised and called into question by the fact that the interests of one of our current clients is in conflict and directly adverse to that of Mr. Duenas.

3. That the facts and statements set forth in the foregoing document are true and correct to the best of my knowledge and belief.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF.

DATED: Mongmong, Guam, May 10, 2007.

JOHN T. GORMAN
Attorney for Defendant
RAYMOND IGNACIO DUENAS, JR.

3

## CERTIFICATE OF SERVICE

I, LITA M. ARRIOLA, hereby certify that a true and exact copy of the foregoing document was filed with the U.S. District Court and electronically served by the U.S. District Court Clerk's office to the following on May 10, 2007:

KARON JOHNSON
Assistant United States Attorney
Sirena Plaza
108 Hernan Cortez, Ste. 500
Hagatna, Guam 96910

Attorney for Plaintiff
UNITED STATES OF AMERICA

F. MICHAEL CRUZ
Chief U.S. Probation Officer
U.S. Probation Office
Districts of Guam and NMI
2nd Floor, U.S. District Court

DATED: Mongmong, Guam, May 10, 2007.

*(signature)*

LITA M. ARRIOLA
Administrative Officer

JOHN T. GORMAN
Attorney for Defendant
RAYMOND IGNACIO DUENAS, JR.

4