ORIGINAL

raymondduenas.851

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
MAY 1 1 2007
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND IGNACIO DUENAS, JR.,<br><br>Defendant. | CRIMINAL CASE NO. 07-00039<br><br>**INFORMATION CHARGING PRIOR DRUG CONVICTION**<br>[21 U.S.C. § 851] |

### NOTICE OF INTENTION TO SEEK ENHANCED PENALTY AGAINST DEFENDANT

Plaintiff, United States of America, pursuant to Title 21, United States Code, Section 851, hereby informs the Court and defendant, RAYMOND IGNACIO DUENAS, JR., of its intention to seek an enhanced penalty in the event he is convicted of Count I or Count II of the pending Indictment.

Defendant, RAYMOND IGNACIO DUENAS, JR., has a prior conviction for a felony drug trafficking offense. Specifically, he was convicted in the Superior Court of Guam on December 29, 2000, of Possession of a Schedule II Controlled Substance With Intent to Deliver, Case No. CF 262-00, in violation of Title 9, Guam Code Annotated, Section 67.401.1(a) & (b)(1). This offense constitutes a "prior felony drug offense" 21 U.S.C. § 841(b)(1)(A)(viii).

Accordingly, the United States intends to pursue the enhanced punishment of a term of imprisonment not less than 20 years and up to life, in the event the defendant is convicted of Count I or Count II of the pending indictment.

Respectfully submitted this 12th day of May, 2007.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: *Karon V. Johnson*
KARON V. JOHNSON
Assistant U.S. Attorney