TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

**FILED**
DISTRICT COURT OF GUAM

JUN - 8 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00039 |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION CONTINUING** |
| vs. ) | **MOTION CUT-OFF DATES** |
| ) | **AND TRIAL** |
| RAYMOND IGNACIO DUENAS, JR., ) | |
| ) | |
| Defendant. ) | |

The parties hereto do hereby STIPULATE that the motion cut-off dates set for June 11, 2007, and the trial in this action, set for July 2, 2007, at 9:30 a.m., be continued for approximately two (2) weeks or on a date convenient to this Court, on the grounds that Defendant's counsel, Joseph C. Razzano, Esq., needs additional time to adequately represent and defend Defendant. The parties further STIPULATE that the Court's Order that all trial documents due June 25, 2007 be continued and submitted seven (7) days prior to the scheduled trial date.

| TEKER TORRES & TEKER, P.C. | OFFICE OF THE UNITED STATES ATTORNEY GENERAL |
|---|---|
| By _/s/ Joseph C. Razzano_ | By _/s/ Karon V. Johnson_ |
| JOSEPH C. RAZZANO, ESQ. | KARON V. JOHNSON, ESQ. |
| Attorneys for Defendant | Attorneys for Plaintiff |
| Date: 6/8/07 | Date: 6/8/07 |

**ORIGINAL**