TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM

JUN - 8 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **JUSTIFICATION** |
| | ) | **FOR CONTINUANCE** |
| RAYMOND IGNACIO DUENAS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

----------

On April 25, 2007, Defendant Raymond Duenas, Jr. was indicted by the Federal Grand Jury charging him with Conspiracy to Distribute Methamphetamine Hydrochloride in violation of 21 U.S.C. §841(a)(1), Possession of Methamphetamine Hydrochloride with Intent to Distribute in violation of 21 U.S.C. §841(a)(1), and two counts of Using and Carrying a Firearm During Drug Trafficking Crime in violation of 18 U.S.C. §924(c)(1)(A)(i). The Federal Public Defender was appointed to represent Defendant in the above referenced case, however, due to a conflict of interest the Federal Public Defender was relieved as counsel on May 16, 2007 and the undersigned was appointed to represent Defendant. Prior to the undersigned's appointment, the Honorable Joaquin V.E. Manibusan, Jr., United States Magistrate's Judge, on April 30, 2007 made its Trial Order

setting Trial for the Defendant for July 2, 2007 at 9:30 a.m. with a Pretrial Motion deadline on June 11, 2007.

This is an extremely important and complex case and the undersigned believes that counsel needs as much time to prepare for the Defense of this case and analyze whether pretrial motions shall be necessary. The undersigned believes that it is in the best interest of justice to allow a brief continuance of the Pretrial motion cut-off and a brief continuance of the July 2, 2007 Trial date in order to adequately represent and defend Defendant. The undersigned has contacted Assistant U.S. Attorney, Karen Johnson, who has no objection to said continuance. The undersigned believes that a two week continuance will fall well within the seventy (70) days as prescribed by the Speedy Trial Act and, therefore, said continuance is in the interest of justice

***Respectfully submitted*** this 8th day of June, 2007.

**TEKER TORRES & TEKER, P.C.**

By /s/ Joseph C. Razzano
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendant*