1   **TEKER TORRES & TEKER, P.C.**
    SUITE 2A, 130 ASPINALL AVENUE
2   HAGÅTÑA, GUAM 96910
    TELEPHONE: (671) 477-9891-4
    FACSIMILE: (671) 472-2601
3

4   *Attorneys for Defendant*

IN THE DISTRICT COURT OF GUAM

----------

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER CONTINUING** |
| vs. | ) | **MOTION CUT-OFF DATES AND** |
| | ) | **TRIAL** |
| RAYMOND IGNACIO DUENAS, JR., | ) | |
| | ) | |
| Defendant. | ) | |

----------

The Court, after having reviewed the Stipulation Continuing Motion Cut-Off Dates and Trial filed herein on June 8, 2007, and finding that the ends of justice will be served by the granting of such continuance outweigh the interests of the public and the defendant in a speedy trial, hereby GRANTS the Continuance of the motion cut-off dates and trial as follows:

Motion Cut-Off Date:         July 5, 2007.

Submission of Trial Documents:   July 19, 2007.

Trial:                       July 26, 2007 at 9:30 a.m.

IT IS ALSO APPROVED AND SO ORDERED, based on the above-referenced stipulation,

that the time between June 8, 2007 and July 26, 2007, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A).

So Ordered.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Jun 11, 2007**