TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

FILED
DISTRICT COURT OF GUAM

JUL 05 2007

MARY L.M. MORAN
CLERK OF COURT

IN THE DISTRICT COURT OF GUAM

----------

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| RAYMOND IGNACIO DUENAS, JR., | ) | |
| Defendant. | ) | |

----------

I, SAMUEL S. TEKER, ESQ., hereby declares as follows:

1. I am over the age of majority and am competent to testify regarding the matters stated herein.

2. I hereby certify that on July 5, 2007, true and exact copies of the following documents were served, via hand delivery, on Karon V. Johnson, Esq., Assistant U. S. Attorney, Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910:

    a. Motion to Suppress;
    b. Notice of Hearing Motion to Suppress;
    c. Motion for Pretrial Discovery;
    d. Notice of Hearing Motion for Pretrial Discovery;

ORIGINAL

  e. Motion to Suppress Physical Evidence; and
  f. Notice of Hearing Motion to Suppress Physical Evidence.

Dated this 5th day of July, 2007.

            **TEKER TORRES & TEKER, P.C.**

            By _____
            **SAMUEL S. TEKER, ESQ.**
            *Attorneys for Defendant*