# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND IGNACIO DUENAS, JR. and<br>LOURDES CASTRO DUENAS,<br><br>Defendants. | Criminal Case No. 07-00039<br><br>**ORDER**<br><br>**Scheduling Motions and<br>Rescheduling Trial Date** |

On July 5, 2007, Defendant Raymond Duenas filed motions to suppress and for pretrial discovery in this matter. Defendant Lourdes Duenas has joined in said motions. The Government has not yet filed a response to the motions. The Court orders the Government to file its response no later than July 20, 2007 at noon. The Defendants may file a reply no later than July 24, 2007 at noon. The hearing on the motions shall be held on Tuesday, August 14, 2007 at 2:00 p.m. It is further ordered that the July 26, 2007 trial in this matter be vacated. All other deadlines continue as previously scheduled.

**SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
**Chief Judge**
**Dated: Jul 16, 2007**