DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. 07-00039 |
| Plaintiff, | |
| vs. | **ORDER RE MOTION FOR PRETRIAL DISCOVERY** |
| RAYMOND IGNACIO DUENAS, JR., | |
| Defendant. | |

On August 14, 2007, this case is set for a hearing before the court on the Defendants[1] Motion for Pretrial Discovery.  The government's opposition was due on July 20, 2007.  The court however notes that the government has not filed an opposition.  Accordingly, the court assumes the government has no opposition and hereby grants the motion.  In addition, the hearing on this motion is vacated.

**IT IS SO ORDERED**.

**/s/ Frances M. Tydingco-Gatewood**
  **Chief Judge**
**Dated: Jul 31, 2007**

---

[1]Co-Defendant Lourdes Castro Duenas filed a joinder to the motion.