CABOT
MANTANONA LLP
BankPacific Building 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777



FILED
DISTRICT COURT OF GUAM

AUG 1 3 2007

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RAYMOND IGNACIO DUENAS, JR. and ) <br> LOURDES CASTRO DUENAS ) <br> ) <br> Defendant. ) <br> _____ ) | Criminal Case No. CR 07-00039 <br><br> **STIPULATED MOTION TO CONTINUE MOTION HEARING DATE** |

The Parties hereto do hereby STIPULATE that the motion hearing date set for August 14, 2007 at 2:00 p.m., be continued until mid-October or on a date convenient to this Court, on the grounds that Defendant's newly appointed counsel, Rawlen M. T. Mantanona, Esq., needs additional time to adequately prepare to represent and defend Defendant. Defendant's attorney is currently in a lengthy civil trial in the Superior Court of Guam. Further, no member of Defendant's counsel is authorized or permitted to act as court appointed counsel pursuant to the District Court of Guam CJA plan.

/ / /

/ / /

/ / /

CABOT MANTANONA LLP
*Attorneys for Lourdes C. Duenas*

By: _____
    **RAWLEN M. T. MANTANONA ESQ.**

Date: 8/9/07

OFFICE OF THE UNITED STATES
ATTORNEY GENERAL

By: _____
    KARON V. JOHNSON, ESQ.

Date: 8/10/07

TEKER, TORRES & TEKER PC

By: _____
    JOSEPH C. RAZZANO

Date: 8/10/07

RMTM:scc

G:\Stacy\active clients\Duenas, Lourdes C\Stipulated Motion to Continue Motion Hearing Date.wpd