**CABOT**
**MANTANONA LLP**
BankPacific Building 2nd Floor
825 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Criminal Case No. CR 07-00039 |
| ) | |
| Plaintiff, ) | |
| ) | **ORDER** |
| vs. ) | |
| ) | |
| RAYMOND IGNACIO DUENAS, JR. and ) | |
| LOURDES CASTRO DUENAS ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

The Court reviewed the Stipulation submitted by Defendant.

The Court finds good cause appears for the requested relief, and accordingly.

IT IS HEREBY ORDERED THAT:

The Motion hearing date currently set for September 5, 2007 at 1:30 p.m., be moved to October 16, 2007 at 9:30 a.m.

SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
     **Chief Judge**
**Dated: Aug 21, 2007**