# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RAYMOND IGNACIO DUENAS, JR.,<br><br>Defendant. | Criminal Case No. 07-00039<br><br>**ORDER RE: GOVERNMENT'S MOTION CONCERNING DEFENDANT'S MOTION FOR DISCOVERY** |

On July 5, 2007, the Defendant, Raymond Ignacio Duenas, Jr. filed three motions[1]: Motion to Suppress; Motion to Suppress Physical Evidence and Motion for Pretrial Discovery. The government filed an opposition to the two Motions to Suppress. However the government failed to file an opposition to the Defendants' Motion for Pretrial Discovery. Accordingly, the court issued an order granting the Motion for Pretrial Discovery on July 31, 2007. Docket No. 49. Thereafter, the government filed a Motion to Set Aside the court's July 31, 2007 order. The government's attorney claims that she had prepared an opposition to the Motion for Pretrial Discovery however because of a mix up with her secretary it did not get filed.[2] The court reluctantly accepts the excuse provided by counsel and will set aside its July 31, 2007 order.

---

[1] Co-Defendant Lourdes Castro Duenas filed a joinder to the motion.

[2] The court notes that counsel's declaration was an unsworn declaration. Counsel should be aware that in the future the court will not accept unsworn declarations.

Notwithstanding the court's ruling in this regard, counsel is strongly admonished that in the future the court may not view such excuses with the generosity extended in this instance. It is the responsibility of counsel to ensure that she timely files her documents. Accordingly, the Motion for Pretrial Discovery is scheduled to be heard on October 16, 2007 at 9:30 a.m. - the same time the other two motions are scheduled. The government shall immediately file its opposition by September 28, 2007. Any additional filings regarding any of the three motions shall be filed no later than October 4, 2007. Late pleadings will not be considered unless there are extenuating circumstances and with approval of the court.

**IT IS SO ORDERED**.



**/s/ Frances M. Tydingco-Gatewood**
   **Chief Judge**
**Dated: Sep 27, 2007**