TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

**FILED**
DISTRICT COURT OF GUAM

OCT 1 1 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **DECLARATION OF RAYMOND IGNACIO DUENAS, JR. IN SUPPORT OF PRETRIAL MOTIONS FILED ON JULY 5, 2007** |
| RAYMOND IGNACIO DUENAS, JR., | ) | |
| Defendant. | ) | |

----------

**I, RAYMOND IGNACIO DUENAS, JR.**, hereby declare as follows:

1. I am over the age of eighteen (18) years and the Defendant in the above-captioned and numbered case.

2. On April 19, 2007, my wife Lourdes Duenas and I were asleep in our home after coming home from a friend's place of business at approximately 3:30 a.m. Not long after we had fallen asleep, some officers broke into our residence by breaking my door and window and threw myself and my wife to the floor. Two officers picked me up and started dragging me out of my home. While the two officers were dragging me out, one officer who was in front of me started to kick me on my stomach and chest. One officer wearing a mask responded, "No!". I was then taken

to the outside kitchen, thrown to the ground on my back with handcuffs on when the officers with masks started to walk over me stomping on my stomach and chest while they were yelling at me.

3. One officer in a mask turned me over on my stomach and stepped on my head while I was face down in the dirt. I saw the officers dragging my wife, my mother and my daughter to the outside kitchen. The officers then placed my mother in a chair and started to question my mom. Yelling at my mom as she was crying.

4. I then saw another officer in a black mask hit my wife on the face and then told her to "Shut the fuck up!". I started to yell to the officer to leave her alone, but the officer that was stepping on the back of my head used his boots to turn my head towards the ground with my face into the dirt while another person stepped on my ankle. I could hear my wife and my mom yelling to the officers to stop. My daughter was next to my mom crying.

5. About half an hour later I was dragged to the front of my mom's house, next to the neighbors gate where I was thrown to the ground next to a car and was told to sit down and don't move. It was starting to become daylight when I saw more police officers all over my yard. I was still sitting on the ground when a uniformed officer asked me if I needed to be checked by the paramedics and I told him "Yes." I was then seen by a paramedic who asked if I was okay and if I was hurting anywhere. I told the paramedic that my stomach, my chest and my head were hurting. He lifted my shirt and said, "You'll be alright." I told him that I wasn't and then I leaned toward the car as I was feeling weak. I then felt someone grab me and turned me around and all I saw was a man in plain clothes with a badge around his neck taking pictures of me.

6. I was then taken in a truck to the Tumon Precinct where I was placed alone in a cell until two Drug Enforcement Agency ("DEA") agents came in to see me and took me to another room. They kept asking me questions without reading my right rights nor asking if I wanted a

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891-4

lawyer. I kept requesting to see a doctor but I was told that the Guam Police Department ("GPD") needed to speak with me. I refused to talk so the DEA agents sent me back to the cell. At no time was I ever served with any warrant whatsoever. I never saw one, heard about one and to the best of my knowledge, neither did my family. All I remember was the police picked me up, shoved a piece of paper in my hand and took a picture of me.

7.  Later two GPD officers, Frank Smith and another officer whose name I do not know, took me into the same room that I was in with the DEA agents. I told the officers I was hurting in my chest and in my stomach and that I was having a hard time breathing. The officers then called for an ambulance and I was taken to Guam Memorial Hospital where I waited to be seen. I was placed on a bed in the hallway with an officer when I asked the nurse for the time. She told me that it was after 8:00 a.m. I was then taken to give a urine sample and was returned to the hallway. About thirty (30) minutes later, I was taken in for x-rays. While waiting in the hallway on the bed, the doctor spoke to the officer and I was then taken back to the precinct for GPD to question me. I was then placed back into a cell until officer, whose name is Polilo, took me into a conference room. When I came back to the precinct I was given a warrant of arrest.

8.  In the conference room, Officer Polilo and Officer Smith started to question me. The two officers started yelling at me stating that my wife told them all about the jewelry and returned items to GPD and started to show me a picture of Franklin Atoigue. Officer Smith stated that all he needs is to catch "This Motha Fucka" and that he has been looking everywhere for Franklin Atoigue and that I know where he is and for me to tell him and he will do what he can to help me with what just went down at my mom's place and the trouble I am in.

9.  Officers Smith and Polilo started to threaten me and said that if I don't cooperate I will go to jail for a long time and will never see my mom, wife and kids again. They kept telling me

that if I didn't cooperate they would make things much harder on me. I asked for a drink and they said that they will see what they can do, and they then left the room.

10. After the officers had left the conference room, two DEA agents entered. They asked me if I would speak with them or I could request for a lawyer to talk too. I requested for a lawyer and they left. Afterwards, Officers Smith and Polilo came back in and they brought a piece of paper and they told me that they got my wife to cooperate and it is all on paper. Officer Smith told me that I couldn't lie to them and Officer Smith showed me the paper with my wife's statement on it.

11. They told me everything was on paper and there was nothing that I could do but to do as they say. They then told me to sign a waiver and write down everything they wanted to know and everything will stop and I will be alright and that they would help me. Because I wanted everything to stop, I did sign the paper.

12. I was then taken back to a small room where I waited for several hours. I then asked Officer Polilo how my wife was and he said that she was okay. A few minutes later, Officer Polilo brought my wife in just to see me and she was crying and then taken away.

13. I was then confronted by an officer named Rocky who tried questioning me again. Officer Rocky then asked me if I had eaten anything, I told him not since last night. He started to yell out the door for someone to find anything for me to eat. I was taken to the area with a couch for fresh air and then they brought me back into the same room. I saw that it was getting dark.

14. Soon thereafter, Officer Polilo brought food that he had bought next door and informed me that we were just waiting for a transport. I was taken to the Hagåtña Precinct with my wife and I had asked the processing officer what time it was. He said that it was almost 8 o'clock in the evening. I was fingerprinted and taken to Guam Detention Facility and that was the last time I saw my wife.

15. While I was at the precinct, I was not free to leave. I was tired, hungry, injured, scared and in an emotional state of mind and I did not know what I was doing. I was worried about my mom and my wife and children and was extremely disoriented. The statements and waiver that I made were not voluntary and were the result of force and coercion and were against my will.

I declare under penalty of perjury that the foregoing Declaration is true and correct.

Executed at Mangilao, Guam on this 9th day of July, 2007.

_____
RAYMOND IGNACIO DUENAS, JR.