TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

**FILED**
DISTRICT COURT OF GUAM

OCT 1 2 2007

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| | ) | |
| Plaintiff, | ) | **NOTICE OF DEFENDANT'S INTENT TO USE THE COURT'S MEDIA AND PROJECTION SYSTEM AT THE OCTOBER 16, 2007 HEARING ON DEFENDANT'S MOTION TO SUPPRESS EVIDENCE** |
| vs. | ) | |
| RAYMOND IGNACIO DUENAS, JR., | ) | |
| Defendant. | ) | |

----------

Please take notice that Defendant intends to utilize the Court's media and projection system during the hearing on Defendant's Motion to Suppress Physical Evidence currently scheduled for October 16, 2007, at the hour of 9:30 a.m.

As a courtesy, the Court's technology department, by and through Mr. Charles White, was informed of the Defendant's intended use today, by the undersigned counsel.

DATED at Hagåtña, Guam, on October 12, 2007.

TEKER TORRES & TEKER, P.C.

By: JOSEPH C. RAZZANO, ESQ.
Attorneys for Defendant

ORIGINAL

# CERTIFICATE OF SERVICE

The undersigned certifies, under penalty of perjury according to the laws of the United States, that on this date I caused to be served, via hand delivery, filed-stamped copies of this document entitled *Notice of Defendant's Intent to Use the Court's Media and Projection System at the October 16, 2007 Hearing on Defendant's Motion to Suppress Physical Evidence; Certificate of Service*, on the following:

>Office of the United States Attorney
>108 Hernan Cortez Avenue, Suite 500
>Hagåtña, Guam 96910

DATED at Hagåtña, Guam, on October 12, 2007.

*/s/ JOSEPH C. RAZZANO*

JCR:cs
PLDGS:DUENAS, RAYMOND-DISTRICT COURT:010