**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

*Attorneys for Defendant*

IN THE DISTRICT COURT OF GUAM

----------

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
|---|---|---|
| | ) | |
| Plaintiff, | ) | **ORDER REGARDING** |
| | ) | **DEFENDANT'S REQUEST TO USE** |
| vs. | ) | **THE COURT'S MEDIA AND** |
| | ) | **PROJECTION SYSTEM AT THE** |
| RAYMOND IGNACIO DUENAS, JR., | ) | **OCTOBER 16, 2007 HEARING ON** |
| | ) | **DEFENDANT'S MOTION TO** |
| Defendant. | ) | **SUPPRESS EVIDENCE** |

----------

The Court has considered Defendant's Request to use the Court's Media and Projection System at the October 16, 2007 Hearing on Defendant's Motion to Suppress Evidence.

IT IS HEREBY ORDERED that Defendant's Request is GRANTED.

**/s/ Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Oct 12, 2007**