AO89 (Rev. 7/95) Subpoena in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF GUAM

UNITED STATES OF AMERICA,
    Plaintiff,
V.

RAYMOND IGNACIO DUENAS, JR.,
    Defendant.

SUBPOENA IN A CRIMINAL CASE

Case Number: 07-00039

TO: Officer J.V. De Cheves
Badge No. 653
Guam Police Department

**FILED**
DISTRICT COURT OF GUAM
OCT 15 2007
JEANNE G. QUINATA
Clerk of Court

☒ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| District Court of Guam<br>4th Floor, U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | Tydingco-Gatewood |
| | DATE AND TIME |
| | 10/16/07 at 9:00a.m |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| Jeanne Quinata | OCT 12 2007 |
| (By) Deputy Clerk<br>*Marilyn B. Alcon* | |

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Joseph C. Razzano
130 Aspinall Avenue, Suite 2A
Hagatna, Guam 96910
(671) 477-9891

ORIGINAL

| PROOF OF SERVICE | | |
|---|---|---|
| RECEIVED BY SERVER | DATE 10/12/07 | PLACE Teker Torres Teker Law Office Hagatna |
| SERVED | DATE 10/12/07 | PLACE ▮▮▮▮▮▮ Anigua |
| SERVED ON (PRINT NAME) J.V. DeChavez | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☐ NO AMOUNT $ | |
| SERVED BY (PRINT NAME) A. Taijeron | TITLE Process Server | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  10/12/07
DATE

SIGNATURE OF SERVER

109 Sgt. E. Cruz St.
ADDRESS OF SERVER

Santa Rita Guam

ADDITIONAL INFORMATION