MARCELLA TAIJERON
109 Sgt. E. Cruz St.
SANTA RITA, GUAM 96915
688-3607

# IN THE ~~SUPERIOR~~ DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA ]  CASE NO. 07-00039
                         ]
                         ]  **DECLARATION**
                         ]  [✓]  OF SERVICE
          VS             ]  [ ]  OF NON-SERVICE
                         ]  [ ]  OF POSTING
RAYMOND IGNACIO Duenas JR. ] [ ] NOTICE TO CREDITORS
                         ]  [ ]  LETTER
                         ]
_____ ]

**FILED**
DISTRICT COURT OF GUAM
OCT 1 5 2007
JEANNE G. QUINATA
Clerk of Court

I am at least 18 years old and not a party herein. On 10/12/2007, I served upon Audrey Mashburn, a copy of the:

[ ] Summons and Complaint
[ ] Judgment and Debtor Examination (JDX)
[ ] Order to Show Cause
[✓] Others: Sub poena

Service was made:

[✓] By delivering it to the above named defendant personally. Audrey J. Mashburn
[ ] By delivering it at the above-named defendant's dwelling house or usual place of abode to _____, a person of suitable age and discretion then residing therein.
[ ] By delivering it personally to _____

Service was made at: Agat Precinct

I declare under penalty of perjury that the foregoing is true and correct:

Hearing Date: 10/16/2007          Executed On: 10/12/2007

Service Fee: $ _____

Marcella L.W. Taijeron
Special Proceedings No: 0131-03