# UNITED STATES DISTRICT COURT
## DISTRICT OF GUAM

UNITED STATES OF AMERICA

V.

RAYMOND DUENAS
LOURDES DUENAS

SUBPOENA IN A
CRIMINAL CASE

Case Number: 07-00039

TO: Catalina Ignacio Duenas
Lot 10141-143,
Y-Sengsong Rd., Dededo, Guam

**FILED**
DISTRICT COURT OF GUAM

OCT 1 7 2007

JEANNE G. QUINATA
Clerk of Court

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below, or any subsequent place, date and time set by the court, to testify in the above referenced case. This subpoena shall remain in effect until you are granted leave to depart by the court or by an officer acting on behalf of the court.

| PLACE | COURTROOM |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse, 520 West Soledad Avenue<br>Hagatna, Guam 96910 | Courtroom |
| | DATE AND TIME |
| | October 16, 2007 at 9:30 a.m. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT | DATE |
|---|---|
| JEANNE G. QUINATA<br>Clerk of Court<br>(By) Deputy Clerk | OCT 15 2007 |

ORIGINAL

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER:
Rawlen M. T. Mantanona
Cabot Mantanona LLP
BankPacific Building, Second Floor
825 South Marine Corps. Dr.
Tamuning, GU 96913
Telephone (671) 646-2001
Facsimile (671) 646-0777

AO89 (Rev. 7/95) Subpoena in a Criminal Case (Reverse)

## PROOF OF SERVICE

| | DATE | PLACE |
|---|---|---|
| RECEIVED BY SERVER | 10/15/07 | Cabot Mantanona Law Office, Tamuning |
| SERVED | 10/15/07 | Cabot Mantanona Law Office, Tamuning |

SERVED ON (PRINT NAME)

Catalina Ignacio Duenas

FEES AND MILEAGE TENDERED TO WITNESS

☐ YES  ☐ NO   AMOUNT $ _____
  YES    NO

SERVED BY (PRINT NAME)

A. Taijeron

TITLE

Process Server

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on  10/15/07
              DATE

SIGNATURE OF SERVER

109 Sgt. E. Cruz St.
ADDRESS OF SERVER

Santa Rita

ADDITIONAL INFORMATION