# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00039-001          DATE: October 18, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

| | |
|---|---|
| Law Clerk: Kim R. Walmsley | Court Reporter: Wanda Miles |
| Courtroom Deputy: Leilani Toves Hernandez | Electronically Recorded: 9:12:57 - 9:58:12 |
| | 10:13:37 - 11:47:20 |
| | 1:23:48 - 3:02:25 |

CSO: D. Quinata

**APPEARANCES:**

Defendant: Raymond Ignacio Duenas, Jr.      Attorney: Joseph Razzano and Samuel Teker
     Present    Custody    Bond    P.R.            Present    Retained    FPD    CJA

U.S. Attorney: Karon Johnson         U.S. Agent: M. Jong, D.E.A.
U.S. Probation: None Present         U.S. Marshal: G. Perez / J. Stone / T. Muna
Interpreter:                                  Language:

**PROCEEDINGS: Continued Motion to Suppress and Motion to Suppress Evidence**
- Witnesses sworn and examined; Exhibits marked and admitted - see attached Exhibit and Witness List
- Proceedings continued to: October 19, 2007 at 9:15 a.m.

NOTES:

# UNITED STATES DISTRICT COURT

DISTRICT OF __GUAM__

| United States of America | EXHIBIT AND WITNESS LIST |
|---|---|
| V. | |
| Raymond Ignacio Duenas, Jr. and Lourdes Castro Duenas | Case Number: **CR-07-00039** |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Frances M. Tydingco-Gatewood | K. Johnson | J. Razzano & S. Teker / J. Aguon |
| HEARING DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| October 16 -18, 2007 | Wanda Miles | Leilani Toves Hernandez |

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | 1 | | 10/16/07 | 10/16/07 | | copy of Superior Court of Guam Search Warrant, dated April 18, 2007 |
| | | A | 10/16/07 | 10/16/07 | | copy of Marianas Variety Publication, page 3 - dated April 20, 2007 |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | Michelle Jong, called and sworn |
| | | | | | | DX by K. Johnson |
| | | | | | | CX by J. Razzano |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 1:59:54 witness excused |
| | | | | | | 2:21:30 - 2:55:38 Break |
| | | | | | | Frankie Smith, called and sworn |
| | | | | | | DX by K. Johnson |
| | | | | | | 3:11:35 End DX |
| | | | | | | CX by J. Razzano |
| | | B | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Case Report Supplement, Case #2007-00008964 - Report of Frankie Smith |
| | | C | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Criminal Investigation Division, Kycs #07-11156 - Report of J.V. De Chavez |
| | | D | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Violent Street Crimes Task Force, Case #07-11189 - pg 6 dated 4-22-2007; Report of TFO F.R. Santos |
| | | E | 10/16/07 | 10/16/07 | 10/16/07 | copy of Return of Search Warrant SW0012-07, dated April 26, 2007 |
| | | | | | | 3:32:20 End CX |
| | | | | | | Re-DX by K. Johnson |
| | | | | | | 3:34:50 End Re-DX |
| | | | | | | Re-CX by J. Razzano |
| | | | | | | 3:3:35 End Re-CX |
| | | | | | | Court examines witness |
| | | | | | | 3:44:30 Witness excused |
| | | | | | | *4:19:20 End Day 1; Motion hearing continued to October 17, 2007 at 9:30 a.m.* |
| | | | | | | *9:40:11 Begin Day 2* |
| | | | | | | Eric Palacios, called and sworn |
| | | | | | | DX by K. Johnson |
| | 8 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Pacific Daily News article and colored photos (2 pages) |
| | | | | | | 10:14:10 End DX |
| | | | | | | CX by J. Razzano |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 10:27:30 End CX |
| | | | | | | Re-DX by K. Johnson |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 10:28:54 End Re-DX |
| | | | | | | Re-CX by J. Razzano |

Page -1-

| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|---|
| | | | | | | 10:29:40 End Re-CX |
| | | | | | | Court examines witness |
| | | | | | | 10:33:46 Witness excused |
| | | | | | | Trina San Agustin, called and sworn |
| | | | | | | DX by K. Johnson |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 10:45:29 End DX |
| | | | | | | CX by J. Razzano |
| | | | | | | 10:53:04 End CX; No further examination, witness excused |
| | | | | | | 10:53:34 - 11:19:39 BREAK |
| | | | | | | Scott Wade, called and sworn |
| | | | | | | DX by K. Johnson |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | | | | | 11:28:15 End DX |
| | | | | | | CX by J. Razzano |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | | B | 10/16/07 | 10/16/07 | 10/16/07 | Guam Police Department, Case Report Supplement, Case #2007-00008964 - Report of Frankie Smith |
| | | | | | | 12:00:08 End CX |
| | | | | | | Court examined witness |
| | | | | | | 12:04:54 Re-DX |
| | | | | | | 12:05:30 End Re-DX; no further examination, witness excused |
| | | | | | | *12:19:20 End Day 2; Motion hearing continued to October 18, 2007 at 9:00 a.m.* |
| | | | | | | *9:12:57 Begin Day 3* |
| | | | | | | Kim Santos, called and sworn |
| | | | | | | DX by K. Johnson |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | 8 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Pacific Daily News article and colored photos (2 pages) |
| | | | | | | 9:34:30 End DX |
| | | | | | | CX by J. Razzano |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | | | | | | 9:54:18 End CX |
| | | | | | | Re-DX by K. Johnson |
| | 10 | | 10/18/07 | 10/18/07 | | Guam Police Department, General Order 92-13 (date of issue: 6-11-92) |
| | | | | | | 9:58:12 - 10:27:15 Break |
| | 10 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, General Order 92-13 (date of issue: 6-11-92) |
| | 8 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Pacific Daily News article and colored photos (2 pages) |
| | 9 | | 10/17/07 | 10/17/07 | 10/17/07 | April 20, 2007 Marianas Variety Publication article and colored photos (2 pages) |
| | | | | | | 10:27:15 End Re-DX |
| | | | | | | Re-CX by J. Razzano |
| | 7 | | 10/16/07 | 10/16/07 | 10/16/07 | hand drawn map of residence w/ markings |
| | 10 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, General Order 92-13 (date of issue: 6-11-92) |
| | | | | | | 10:44:40 End Re-CX; no further examination |
| | | | | | | Court examined witness |
| | | | | | | 10:48:40 Witness excused |
| | | | | | | J. Razzano moved that a clean exhibit 7 - now marked 7a - be admitted |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | Brian A.C. Santos, called and sworn |
| | | | | | | DX by K. Johnson |
| | 11 | | 10/18/07 | 10/18/07 | 10/18/07 | Report of Officer Brian A.C. Santos |
| | | | | | | 10:55:58 End DX |
| | | | | | | CX by J. Razzano |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |

PRESIDING JUDGE: Frances M. Tydingco-Gatewood
PLAINTIFF'S ATTORNEY: K. Johnson
DEFENDANT'S ATTORNEY: J. Razzano & S. Teker / J. Aguon
HEARING DATE (S): October 16 -18, 2007
COURT REPORTER: Wanda Miles
COURTROOM DEPUTY: Leilani Toves Hernandez

| PRESIDING JUDGE Frances M. Tydingco-Gatewood | | | | | PLAINTIFF'S ATTORNEY K. Johnson | DEFENDANT'S ATTORNEY J. Razzano & S. Teker / J. Aguon |
|---|---|---|---|---|---|---|
| HEARING DATE (S) October 16 -18, 2007 | | | | | COURT REPORTER Wanda Miles | COURTROOM DEPUTY Leilani Toves Hernandez |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | 10:57:55 End CX; no further examination |
| | | | | | | Witness excused and recalled for court examination |
| | 11 | | 10/18/07 | 10/18/07 | 10/18/07 | Report of Officer Brian A.C. Santos, KYCS #07-11156, dated 4/19/07 |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | Re-CX by J. Razzano |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 11:09:00 Witness excused |
| | | | | | | Charles Sedberry, called and sworn |
| | | | | | | DX by K. Johnson |
| | 12 | | 10/18/07 | 10/18/07 | 10/18/07 | A.T.F. Report of Charles Sedberry, Case Number 787020-07-0013; dated 5/1/2007 |
| | | | | | | 11:13:50 End DX |
| | | | | | | CX by J. Razzano |
| | | | | | | 11:16:50 End CX |
| | | | | | | Court examined witness |
| | 12 | | 10/18/07 | 10/18/07 | 10/18/07 | A.T.F. Report of Charles Sedberry, Case Number 787020-07-0013; dated 5/1/2007 |
| | | | | | | 11:23:27 Witness excused |
| | | | | | | Jason P.B. Aguon, called and sworn |
| | | | | | | DX by K. Johnson |
| | 13 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, Offense Report Form of J.P.B. Aguon, Complaint No. 07-11185, dated April 19, 2007 |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 11:37:40 End DX |
| | | | | | | CX by S. Teker |
| | 13 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, Offense Report Form of J.P.B. Aguon, Complaint No. 07-11185, dated April 19, 2007 |
| | | | | | | 11:44:51 End of CX |
| | | | | | | Court examined witness |
| | | | | | | 11:46:01 Witness excused |
| | | | | | | 11:47:20 - 1:23:48 Lunch break |
| | | | | | | Frank Santos, called and sworn |
| | | | | | | DX by K. Johnson |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | 14 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, Offense Report Form of Frank Santos, CS #07-11189, dated 4-22-2007 |
| | 15 | | 10/18/07 | 10/18/07 | 10/18/07 | D.E.A. Lab Report, File No. RB-07-0005; Date prepared: 6-19-2007 |
| | | | | | | 1:36:27 End DX |
| | | | | | | CX by J. Razzano |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 1:50:05 End CX |
| | | | | | | Re-DX by K. Johnson |
| | | | | | | 1:50:21 End Re-DX; Court examined witness |
| | 14 | | 10/18/07 | 10/18/07 | 10/18/07 | Guam Police Department, Offense Report Form of Frank Santos, CS #07-11189, dated 4-22-2007 |
| | 15 | | 10/18/07 | 10/18/07 | 10/18/07 | D.E.A. Lab Report, File No. RB-07-0005; Date prepared: 6-19-2007.A. Lab Report |
| | | | | | | 1:56:26 Witness Excused |
| | | | | | | Michelle Jong, recalled |
| | | | | | | DX by K. Johnson |
| | | | | | | 2:17:20 End DX |
| | | | | | | CX by S. Teker |
| | | | | | | 2:18:25 End CX; witness excused |
| | | | | | | Allan Santos Guzman, called and sworn |
| | | | | | | DX by J. Razzano |
| | | | | | | 2:26:19 End DX |
| | | | | | | CX by K. Johnson |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 2:39:14 End CX |

| PRESIDING JUDGE Frances M. Tydingco-Gatewood | | | | | PLAINTIFF'S ATTORNEY K. Johnson | DEFENDANT'S ATTORNEY J. Razzano & S. Teker / J. Aguon |
|---|---|---|---|---|---|---|
| HEARING DATE (S) October 16 -18, 2007 | | | | | COURT REPORTER Wanda Miles | COURTROOM DEPUTY Leilani Toves Hernandez |
| JOINT NO. | PLTF NO. | DEF. NO. | DATE OFFERED | DATE IDENTIFIED | DATE ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
| | | | | | | Re-DX by J. Razzano |
| | | | | | | 2:42:51 End Re-DX |
| | | | | | | Court examined witness |
| | 7a | | 10/18/07 | 10/18/07 | 10/18/07 | hand drawn map of residence |
| | | | | | | 2:59:20 End Court examination |
| | | | | | | Re-DX by J. Razzano |
| | | | | | | 3:01:49 End Re-DX |
| | | | | | | Witness excused |
| | | | | | | *3:02:25 End Day 3; Motion hearing continued to October 19, 2007 at 9:15 a.m.* |

Page -4-