# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00039　　　　　　　　　　　　DATE: October 22, 2007

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles

Courtroom Deputy: Leilani Toves Hernandez　　　Electronically Recorded: 9:06:10 - 10:11:12
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　10:36:47 - 12:13:00

CSO: B. Pereda / D. Quinata / F. Tenorio

**APPEARANCES:**

Defendant: Raymond Ignacio Duenas, Jr. and　　Attorney: Joseph Razzano and
　　　　　　Lourdes Castro Duenas　　　　　　　　　　　　John Aguon on behalf of R. Mantanona

　Present　　Custody　　Bond　　P.R.　　　　　　Present　　Retained　　FPD　　CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: None Present　　　　　　U.S. Marshal: T. Muna / G. Perez / V. Roman
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS:** - Motion for Pretrial Discovery
- Motion to Suppress
- Motion to Suppress Physical Evidence

- Motion for Pretrial Discovery was granted in part and withdrawn in part. Both Motions to Suppress were taken under advisement.
- Government to submit a declaration regarding the name of the Ambros personnel at the scene and whether the confidential informant was under the influence of methamphetamine during the control buy on: 10/24/2007 by 5:00 p.m.
- Government's brief due by: 3:00 p.m. on 10/26/2007
- Defense's Opposition due by: 3:00 p.m. on 11/26/2007
- Government's Reply brief by: 3:00 p.m. on 12/03/2007
- Final Argument on the Motions set for: December 21, 2007 at 9:00 a.m.
- Defendants remanded to the custody of the U.S. Marshals Service.

NOTES: