TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

CABOT MANTANONA LLP
BANKPACIFIC BUILDING, SECOND FLOOR
825 SOUTH MARINE CORPS DRIVE
TAMUNING, GUAM 96913
TELEPHONE: (671) 646-2001
FACSIMILE: (671) 646-0777

FILED
DISTRICT COURT OF GUAM
DEC 20 2007
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, | |
| vs. | JOINT DECLARATION OF COUNSEL REQUESTING CONTINUANCE |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS, | |
| Defendants. | |

WE, JOSEPH C. RAZZANO and JOHN V.R. AGUON, hereby declares as follows:

1. We are over the age of eighteen (18) years and the attorneys for the Defendants in the above- captioned and numbered case.

2. We have been court appointed to represent Raymond Ignacio Duenas and Lourdes Castro Duenas, respectively.

3. Counsels for both Defendants filed with the court a Motion to Suppress, and Mr. Duenas filed an additional Motion to Suppress His Statements.

4. The Motions were briefed, heard, argued and briefed again at the request of the Plaintiff.

5. Defendants' rebuttal argument on the Motions are scheduled to be heard on December 21, 2007 at 9:00 a.m.

6. Counsel for Mr. Duenas respectfully requests Your Honor to continue the rebuttal to a later date and time, as he and his wife are currently at the labor room of the *Guam Memorial Hospital*, expecting the arrival of their son very shortly.

7. An appearance by Mr. Razzano or any of the other lawyers from Teker, Torres & Teker, P.C. almost impossible, as Lawrence Teker, Phillip Torres and Samuel Teker are all in Bali attending Samuel Teker's wedding.

8. Counsels for Defendants request that Your Honor and this Court continue the rebuttal argument on Defendants' Motions to a date and time in early January.

We declare under penalty of perjury that the foregoing Joint Declaration is true and correct. Executed at Tamuning, Guam on this 20th day of December, 2007.

_____
JOSEPH C. RAZZANO, ESQ.
*Attorneys for Defendant Raymond Ignacio Duenas*

_____
JOHN V. R. AGUON, ESQ.
*Attorneys for Defendant Lourdes Duenas*