**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**

CASE NO.: CR-07-00039                     DATE: January 08, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore/Carmen B. Santos   Electronically Recorded: 10:52:51 - 11:02:55
CSO: B. Benavente

**APPEARANCES:**
Defendant: Raymond Ignacio Duenas, Jr.     Attorney: Joseph Razzano
           Lourdes Castro Duenas                     John Aguon for Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R.          ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson               U.S. Agent:
U.S. Probation: None Present               U.S. Marshal: V. Roman/J. Untalan
Interpreter:                               Language:

**PROCEEDINGS: Final Pretrial Conference**
- Change of Plea for Lourdes Castro Duenas set for: <u>1/11/2008 at 1:30 p.m.</u>
- Motions, exhibits, voir dire due no later than 3:00 p.m. on 1/9/2008.
- Court informed parties that trial remains on calendar for 1/15/2008 at 9:30 a.m.
  Defendants to remain in custody.

NOTES: