
ORIGINAL

raymondduenasind2

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

JAN 0 9 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br><br><br><br><br><br><br><br><br> RAYMOND IGNACIO DUENAS, JR. <br><br> Defendant. | CRIMINAL CASE NO. 07-00039 <br><br> **SUPERSEDING INDICTMENT** <br><br> **CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE** <br> [21 U.S.C. §§ 841(a)(1) & 846] (Count 1)] <br><br> **POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE** <br> [21 U.S.C. § 841(a)(1)] (Count 2) <br><br> **USING AND CARRYING A FIREARM DURING A DRUG TRAFFICKING CRIME** <br> [18 U.S.C. § 924(c)(1)(A)(i)] (Count 3) <br><br> **FELON IN POSSESSION OF FIREARMS** <br> [18 U.S.C. § 922(g)(1)] (Count 4) |

THE GRAND JURY CHARGES:

### COUNT I - CONSPIRACY TO DISTRIBUTE METHAMPHETAMINE HYDROCHLORIDE

Between April 20, 2006, and April 20, 2007, in the District of Guam, the defendant herein, RAYMOND IGNACIO DUENAS, JR., did unlawfully, willfully, and knowingly

combine, conspire, confederate and agree with LOURDES CASTRO DUENAS, and with other persons both known and unknown to the Grand Jury, to commit an offense against the United States, to-wit: distribution of more than fifty (50) grams net weight of methamphetamine hydrochloride (ice).

All in violation of Title 21, United States Code, Sections 841(a)(1) and 846.

### COUNT II - POSSESSION OF METHAMPHETAMINE HYDROCHLORIDE WITH INTENT TO DISTRIBUTE

On or about April 20, 2007, in the District of Guam, the defendant herein, RAYMOND IGNACIO DUENAS, JR., did unlawfully and knowingly possess with intent to distribute more than fifty (50) grams net weight of methamphetamine hydrochloride (ice), a Schedule II controlled substance,

All in violation of Title 21, United States Code, Section 841(a)(1).

### COUNT III - USING AND CARRYING A FIREARM DURING A DRUG TRAFFICKING CRIME

On or about the April 20, 2007, in the District of Guam, the defendant herein, RAYMOND IGNACIO DUENAS, JR., did unlawfully, knowingly, and wilfully, during and in relation to a drug trafficking crime for which he could be prosecuted in a court of the United States, to-wit: possession of methamphetamine with intent to distribute as charged in Count II of this Indictment, use and carry a firearm, to-wit: a Ruger pistol, Model No. P89DC, 9 mm caliber, Serial No. 315-18680, and in furtherance of such crime did possess said firearm,

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

### COUNT IV - FELON IN POSSESSION OF FIREARMS

On or about the April 20, 2007, in the District of Guam, the defendant herein, RAYMOND IGNACIO DUENAS, JR., having been convicted on December 29, 2000, of the felony offense of Possession of a Schedule II Controlled Substance With Intent to Deliver, Superior Court of Guam Case No. CF-262-00, did unlawfully and knowing possess in and affecting commerce, five firearms, to wit: a Winchester shotgun, Model 1300, SN L2323841; a

-2-

Case 1:07-cr-00039    Document 93    Filed 01/09/2008    Page 2 of 3

Rossi shotgun, SN SP042385; a Winchester 12 gauge shotgun, Model 1200, SN L689291; a Harrington & Richardson 12 gauge shotgun, Model 158, SN AH226661; and a Lorcin .380 semi-automatic pistol, Model L380, SN 107749, which firearms had been shipped and transported in interstate or foreign commerce,

All in violation of Title 18, United States Code, Section 922(g)(1).

DATED this 9th day of January, 2008.

A TRUE BILL.



Foreperson

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
KARON V. JOHNSON
Assistant U.S. Attorney

Reviewed:

By: _____
JEFFREY J. STRAND
First Assistant U.S. Attorney