**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Defendant
*Raymond I. Duenas, Jr.*

FILED
DISTRICT COURT OF GUAM
JAN 0 9 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, | ) | |
| vs. | ) | **DEFENDANT'S WITNESS LIST** |
| RAYMOND IGNACIO DUENAS, JR., | ) | |
| Defendant. | ) | |

----------

Defendant, Raymond Ignacio Duenas, Jr., by and through his attorneys of record, Teker Torres & Teker, P.C., hereby submits his witness list in the above-captioned case. Submission of this list is made without waiver of, and with reservation of the right to supplement the list before court proceedings.

1. Officer Scott Wade, Badge No. 150, Guam Police Department;

2. Chief of Police Paul Suba, Guam Police Department;

3. Officer John A Perez, Badge No. 622, Guam Police Department;

4. Officer Audrey Mashburn, Badge No. 724, Guam Police Department;

5. Officer Felix C. Camacho, Guam Police Department;

6. Officer Frank R. Santos, Badge No. 230, Guam Police Department;

7. Officer J.P.B. Aguon, Badge No. 233, Guam Police Department;

8. Officer E.G. Piolo, Badge No 664, Guam Police Department;

9. Officer Jin H. Yi, Guam Police Department;

10. Officer J.V. De Cheves, Badge No. 653, Guam Police Department;

Defendant reserves the right to call any and all witnesses that may be revealed in discovery, as well as within the witness list of the United States of America.

Dated this 9th day of January, 2008.

**TEKER TORRES & TEKER, P.C.**

By _____
JOSEPH C. RAZZANO, ESQ.
Attorneys for Defendant, *Raymond I. Duenas, Jr.*