1  **TEKER TORRES & TEKER, P.C.**
   SUITE 2A, 130 ASPINALL AVENUE
2  HAGÅTÑA, GUAM 96910
   TELEPHONE: (671) 477-9891-4
   FACSIMILE: (671) 472-2601
3

4  Attorneys for Defendant
   *Raymond I. Duenas, Jr.*
5

**FILED**
DISTRICT COURT OF GUAM

JAN 0 9 2008

**JEANNE G. QUINATA**
**Clerk of Court**

6

7              IN THE DISTRICT COURT OF GUAM

8                    ----------

9  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 07-00039
                                      )
10           Plaintiff,               )
                                      )
11             vs.                    )    **DEFENDANT'S EXHIBIT LIST**
                                      )
12 RAYMOND IGNACIO DUENAS, JR.,       )
                                      )
13           Defendant.              )

14                   ----------

15     Defendant, Raymond Ignacio Duenas, Jr., may introduce the below described exhibit at trial:

16     1.    Plea Agreement of Lourdes Duenas, if any.

17     Defendant Duenas reserves the right to add to this list, if more documents are found through

18 discovery, and use any exhibits listed in the United States' Exhibit List.

19     Dated at Hagåtña, Guam, on January 9, 2008.

20                              **TEKER TORRES & TEKER, P.C.**

21

22                      By _____
                            JOSEPH C. RAZZANO, ESQ.
23                          Attorneys for Defendant, *Raymond I. Duenas, Jr.*

ORIGINAL