**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00039　　　　　　　　　　DATE: January 11, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori　　　　　　Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio　　　Electronically Recorded: 9:23:28 - 9:26:07
CSO: J. McDonald

**APPEARANCES:**
Defendant: Raymond Ignacio Duenas, Jr.　　Attorney: Joseph Razzano
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: Grace Flores　　　　　　U.S. Marshal: D. Punzalan/T. Muna
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**
- Defendant sworn and examined.
- Defendant arraigned and advised of his rights, charges and penalties.
- Defendant waives reading of Superseding Indictment.
- Plea entered: Not guilty
- Trial set for: 1/15/2008 at 2:00 p.m.
- Status hearing set before Chief Judge Frances Tydingco-Gatewood: 1/11/2008 at 1:30 p.m.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: