# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00039                          DATE: January 11, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                     Court Reporter: Wanda Miles
Courtroom Deputy: Virginia T. Kilgore/Carmen B. Santos     Electronically Recorded: 1:34:07 - 1:52:24
CSO: B. Benavente

**APPEARANCES:**

Defendant: Raymond Ignacio Duenas, Jr.         Attorney: Joseph Razanno
           Lourdes Castro Duenas                         Rawlen Mantanona
☑ Present ☑ Custody ☐ Bond ☐ P.R.              ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson          U.S. Agent:
U.S. Probation: Grace Flores          U.S. Marshal: T. Muna/V. Roman/D. Punzalan
Interpreter:                          Language:

**PROCEEDINGS: Status Hearing**
- Joint oral motion by defense counsel to continue trial for an additional 30 days granted.
- Attorney Mantanona's oral motion to appoint Attorney John Aguon as co-counsel for defendant Lourdes Castro Duenas under advisement.
- Trial set for: February 6, 2008 at 9:30 a.m.
- Joint questionnaire due: January 14, 2008 at 1:00 p.m. Court to provide parties with a copy of completed questionnaires no later than January 15, 2008
- Motion In Limine due: January 18, 2008
- Response due: January 25, 2008
- Replies due: January 31, 2008
- Defendants to remain in custody.

NOTES: Attorney John Aguon appeared with Attorney Mantanona at counsel table on behalf of Defendant Lourdes Duenas.

The Court excluded the period of time beginning today until Februay 6, 2008. The Court found that the ends of justice are best served by continuing the trial as requested and outweighs the interest of the public and the defendants in a speedy trial.