**FILED**

# UNITED STATES DISTRICT COURT

DISTRICT OF

DISTRICT COURT OF GUAM

JAN 1 1 2008

GUAM

JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA
V.

**RAYMOND IGNACIO DUENAS, JR.**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number:   **CR-07-00039-001**

**RECEIVED**

JAN 1 0 2008

US MARSHALS SERVICE-GUAM

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| **District Court of Guam** 4th Floor, U.S. Courthouse 520 West Soledad Avenue | **302** |
| Before:   **Honorable Joaquin V. E. Manibusan, Jr.** | Date and Time **Friday, January 11, 2008 at 9:15 a.m.** |

To answer a(n)

X  Indictment      ☐  Information      ☐  Complaint      ☐  Probation Violation Petition      ☐  Supervised Release Violation Petition      ☐  Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

**Conspiracy to Distribute Methamphetamine Hydrochloride, 21 U.S.C. §§ 841(a)(1) & 846, Count 1**

**Possession of Methamphetamine Hydrochloride With Intent to Distribute, 21 U.S.C. § 841(a)(1), Count 2**

**Using and Carrying a Firearm During a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(I), Count 3**

**Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1), Count 4**

ORIGINAL

__MARILYN B. ALCON; Deputy Clerk__
Name and Title of Issuing Officer

_Marilyn B. Alcon_
Signature of Issuing Officer

__Deputy Clerk__
Date

## RETURN OF SERVICE

|  | Date |
|---|---|
| Service was made by me on:[1] | 1/11/08 |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant at: usmg District of Guam

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on ___1/11/2008___
Date

___J Salas___
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.