TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Defendant
*Raymond I. Duenas, Jr.*

**FILED**
DISTRICT COURT OF GUAM
JAN 16 2008
JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

----------

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
|---|---|---|
| Plaintiff, | ) | |
| | ) | MOTION TO WITHDRAW AS |
| vs. | ) | COUNSEL OF RECORD; |
| | ) | MEMORANDUM OF POINTS AND |
| RAYMOND IGNACIO DUENAS, JR., | ) | AUTHORITIES; DECLARATION OF |
| | ) | COUNSEL |
| Defendant. | ) | |

----------

## MOTION

Joseph C. Razzano, Esq. hereby requests this Court for permission to withdraw as counsel for Defendant Raymond Ignacio Duenas, Jr. in the above-entitled matter due to a conflict of interest. This motion is based on the Memorandum of Points and Authorities and Declaration of Joseph C. Razzano.

## MEMORANDUM OF POINTS AND AUTHORITIES

Irreconcilable differences have arisen with respect to the strategy of representation in the above-captioned case. On no less than two occasions, Mr. Duenas has requested counsel to

withdraw so he can get new counsel appointed to his case. No reason was given by Mr. Duenas other than to say he had discussed the decision with his family. After discussing Mr. Duenas' decision at length, counsel feels that the attorney-client relationship has deteriorated to the point that Defendant may not be able to assist counsel during trial and counsel believes that the interest of justice would best be served by allowing counsel to withdraw and that new counsel be appointed to represent Defendant Duenas in the above-referenced case.

Dated this 16th day of January, 2008.

TEKER TORRES & TEKER, P.C.

By _/s/ Joseph C. Razzano_
JOSEPH C. RAZZANO, ESQ.

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4

## CERTIFICATE OF SERVICE

I, JOSEPH C. RAZZANO, hereby certify that a true and exact copy of the following:

1. Notice of Motion to Withdraw as Counsel of Record;

2. Motion to Withdraw as Counsel of Record;

3. Declaration of Counsel in Support;

4. Order Permitting Withdrawal as Counsel of Record and Appointment of New Counsel;

was served, via hand delivery, on January 16, 2008, on Assistant U.S. Attorney, Karon V. Johnson, Esq., Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910, and on Defendant, Raymond I. Duenas, Jr., at the Department of Corrections, Mangilao, Guam.

DATED at Hagåtña, Guam, on January 16, 2008.

JOSEPH C. RAZZANO

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4