TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

Attorneys for Defendant
*Raymond I. Duenas, Jr.*

FILED
DISTRICT COURT OF GUAM

JAN 1 6 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

UNITED STATES OF AMERICA,

Plaintiff,

vs.

RAYMOND IGNACIO DUENAS, JR.,

Defendant.

) CRIMINAL CASE NO. 07-00039
)
)
)
) NOTICE OF MOTION TO
) WITHDRAW AS COUNSEL
) OF RECORD
)
)
)

TO: KARON V. JOHNSON, ESQ., Assistant U. S. Attorney, Office of the United States Attorney, 108 Hernan Cortez Avenue, Suite 500, Hagåtña, Guam 96910.

PLEASE TAKE NOTICE that on a date and time to be set by the Court, in the courtroom of the Honorable Frances Tydingco-Gatewood, Chief Judge for the District of Guam, Teker Torres & Teker, P.C., will appear before the Court to present their Motion to Withdraw as Counsel of Record for the Defendant in the above-captioned case.

Dated this 16th day of January, 2008.

TEKER TORRES & TEKER, P.C.

By /s/ JOSEPH C. RAZZANO, ESQ.

ORIGINAL