**TEKER TORRES & TEKER, P.C.**
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE: (671) 477-9891-4
FACSIMILE: (671) 472-2601

**FILED**
**DISTRICT COURT OF GUAM**

JAN 1 6 2008

**JEANNE G. QUINATA**
**Clerk of Court**

Attorneys for Defendant
*Raymond I. Duenas, Jr.*

## IN THE DISTRICT COURT OF GUAM

----------

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **DECLARATION OF COUNSEL** |
| vs. | ) | **IN SUPPORT OF MOTION TO** |
| | ) | **WITHDRAW AS COUNSEL OF** |
| RAYMOND IGNACIO DUENAS, JR., | ) | **RECORD** |
| | ) | |
| Defendant. | ) | |

----------

I, JOSEPH C. RAZZANO, hereby declare as follows:

1.      That I am an associate with the firm of Teker Torres & Teker, P.C., court-appointed counsel for Defendant Raymond Ignacio Duenas, Jr. in the above-captioned matter.

2.      A telephone conference was held on January 15, 2008 in which Mr. Duenas expressed his wishes for me to withdraw from his case so he could be appointed new counsel. I believe the attorney-client relationship has been damaged beyond repair and Defendant will be unable to assist counsel at trial.

3.      Therefore, I believe that there is a conflict of interest in this case and request that our

1    firm be relieved as counsel for Defendant Duenas and that new counsel be appointed.

2      I declare under penalty of perjury that the foregoing declaration is true and correct.

3      Executed at Hagåtña, Guam, this 16th day of January, 2008.

JOSEPH C. RAZZANO

TEKER TORRES & TEKER, P.C.
SUITE 2A, 130 ASPINALL AVENUE
HAGÅTÑA, GUAM 96910
TELEPHONE (671) 477-9891-4