# DISTRICT COURT OF GUAM
# TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS, <br><br> Defendants. | CRIMINAL CASE NO. 07-00039 <br><br><br><br> ORDER |

On May 15, 2007, the court appointed attorney Joseph C. Razzano as counsel for defendant Raymond Ignacio Duenas, Jr. See Order, Docket No. 27. On January 16, 2008, Mr. Razzano filed a motion to withdraw stating that the attorney-client relationship had deteriorated to a point that warranted his withdrawal. See Mot. & Decl., Docket Nos. 108 & 110. For good cause shown, the court hereby appoints LOUIE YANZA as counsel of record for defendant Mr. Duenas.

A Status Hearing is hereby set for Wednesday, January 23, 2008, at 9:30 a.m. for both defendants for purposes of determining whether new counsel will be prepared for trial as currently scheduled or whether a new trial date must be set.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
**U.S. Magistrate Judge**
**Dated: Jan 18, 2008**