Louie J. Yanza
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

FILED
DISTRICT COURT OF GUAM

JAN 22 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00039 |
| Plaintiffs, | |
| vs. | MOTION TO WITHDRAW AS COUNSEL OF RECORD; MEMORANDUM OF POINTS AND AUTHORITIES |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS, | |
| Defendants. | |

### MOTION TO WITHDRAW

COMES NOW Counsel for Defendant RAYMOND IGNACIO DUENAS, JR. ("DUENAS") pursuant to Rule 1.16 of the Guam Rules of Professional Conduct, Counsel for Defendant DUENAS, and hereby moves this Court to withdraw as counsel of record for Defendant DUENAS.

//

//

1

This motion is based on the accompanying Declaration of Counsel and Memorandum of Points and Authorities submitted herewith, and the record of the proceedings and papers on file herein.

Dated this 21st day of January, 2008.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**RAYMOND IGNACIO DUENAS, JR.**

By: _____
LOUIE J. YANZA

## MEMORANDUM OF POINTS AND AUTHORITIES

Rule 1.7 of the Guam Rules of Professional Conduct states:

**Rule 1.7: Conflict Of Interest: Current Clients.**

(a) Except as provided in paragraph (b), a lawyer shall not represent a client if the representation involves a concurrent conflict of interest. A concurrent conflict of interest exists if:

(1) the representation of one client will be directly adverse to another client; or

(2) there is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person or by a personal interest of the lawyer.

Due to the reasons set forth in the Declaration of Counsel, good cause exists for the withdrawal.

## CONCLUSION

The law offices of **MAHER • YANZA • FLYNN • TIMBLIN, LLP** respectfully request that this Court grant this Motion to Withdraw as Counsel of Record for Defendant DUENAS.

Respectfully submitted this 21st day of January, 2008.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**RAYMOND IGNACIO DUENAS, JR.**

By: _/s/_ LOUIE J. YANZA