Louie J. Yanza
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

**FILED**
DISTRICT COURT OF GUAM

JAN 22 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00039 |
| Plaintiffs, | |
| vs. | DECLARATION OF COUNSEL IN SUPPORT OF MOTION TO WITHDRAW |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS, | |
| Defendants. | |

I, LOUIE J. YANZA, declare as follows:

1. I am a U.S. Citizen over the age of eighteen (18) years.

2. I am an attorney licensed to practice in Guam.

3. On January 18, 2008, I was court appointed to represent Mr. Raymond Ignacio Duenas, Jr., in the above-referenced matter.

4. I formerly represented the co-defendant, Lourdes Castro nka Lourdes Duenas. This was disclosed to the Honorable Frances Tydingco-Gatewood during the suppression hearing of the Defendants, in which Judge Gatewood excused me from representing a witness in the matter.

1

I declare under penalty of perjury under the laws of Guam (6 GCA §4308) that the foregoing is true and correct.

Executed this 21st day of January, 2008, in Hagåtña, Guam.

LOUIE J. YANZA