Louie J. Yanza
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

**FILED**
DISTRICT COURT OF GUAM

JAN 22 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00039 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS, | |
| Defendants. / | |

I, LOUIE J. YANZA, hereby certify that on January 22, 2008, I caused a true and correct copy of the following documents:

1. Motion to Withdraw as Counsel of Record; Memorandum of Points and Authorities; and

2. Declaration of Counsel in Support of Motion to Withdraw.

to be mailed and/or hand-delivered to the following:

//

//

ORIGINAL

**CERTIFICATE OF SERVICE**
United States of America v. Raymond Ignacio Duenas, Jr.
U.S. District Court of Guam, Criminal Case No. CR07-00039

Ms. Karon V. Johnson
Assistant United States Attorney
**OFFICE OF THE UNITED STATES ATTORNEY**
108 Hernan Cortes, Suite 500
Hagatña, Guam 96910
Counsel for the United States of America

Mr. Raymond Ignacio Duenas, Jr.
c/o Department of Corrections
Post Office Box 3236
Hagatña, Guam 96932

Dated this 22nd day of January, 2008.

      **MAHER • YANZA • FLYNN • TIMBLIN, LLP**
      Attorneys for Defendant
      **RAYMOND IGNACIO DUENAS, JR.**

By: _____
    LOUIE J. YANZA