# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES

CASE NO.: CR-07-00039  DATE: January 23, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori  Court Recorder: Walter M. Tenorio
Courtroom Deputy: Walter Tenorio  Electronically Recorded: 2:01:48 - 2:20:37
CSO: J. McDonald

**APPEARANCES:**

Defendant: Raymond Ignacio Duenas, Jr. and Lourdes Castro Duenas  Attorney: Louie Yanza and John Aguon

☑ Present ☑ Custody ☐ Bond ☐ P.R.  ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson  U.S. Agent:
U.S. Probation: Carleen Borja  U.S. Marshal: J. Untalan/R. Manglona
Interpreter:  Language:

**PROCEEDINGS: Status Hearing**
- Motion to withdraw as counsel by Mr. Yanza <u>denied</u>.
- Motion for a 60 day continuance by Mr. Yanza is granted.
- Court finds that the period between today thru 4/2/2008 is excluded from the speedy trial clock, the ends of justice is served by taking such action outweigh the best interest of the defendant and the public.
- Trial is continued to: <u>4/2/2008 at 9:00 a.m.</u>
- Defendant's remanded to the custody of the U.S. Marshals Service.

NOTES: