Louie J. Yanza
MAHER • YANZA • FLYNN • TIMBLIN, LLP
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

FILED
DISTRICT COURT OF GUAM

FEB 25 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00039 |
| Plaintiffs, | |
| vs. | MOTION FOR CONTINUANCE; MEMORANDUM OF POINTS AND AUTHORITIES |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS, | Date: March 19, 2008 Time: 9:30 a.m. |
| Defendants. | |

COMES NOW the Defendant RAYMOND IGNACIO DUENAS, JR. ("DUENAS"), through counsel MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Louie J. Yanza, and hereby moves this Honorable Court to continue the trial in the above matter, and order the United States of America to immediately provide Defendant DUENAS with any and all discovery in its possession. The request is made by Defendant DUENAS, as very little discovery has been provided to said Defendant by the United States of America or by Defendant's former counsel to date.

//

This motion is based on the accompanying Memorandum of Points and Authorities and papers on file herein.

Dated this 25th day of February, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**RAYMOND IGNACIO DUENAS, JR.**

By: _____
LOUIE J. YANZA

## MEMORANDUM OF POINTS AND AUTHORITIES

### I. FACTS

On January 18, 2008, undersigned counsel was appointed to represent Defendant DUENAS in the above-entitled matter.

On January 24 and 25, 2008, undersigned counsel wrote Defendant DUENAS' former counsel requesting the entire file and for any and all discovery provided to date in this case. However, the discovery file provided by Defendant DUENAS' former counsel consists of 18 pages of police reports, and over 100 pages of chain of custody reports.

### II. LAW AND ARGUMENT

Rule 16 of the Federal Rules of Criminal Procedure states:

> **Discovery and Inspection**
> **(a) Government's Disclosure.**
> **(1) *Information Subject to Disclosure.***
> (A) *Defendant's Oral Statement.* Upon a defendant's request, the government must disclose to the defendant the substance of any relevant oral

statement made by the defendant, before or after arrest, in response to interrogation by a person the defendant knew was a government agent if the government intends to use the statement at trial.

(B) *Defendant's Written or Recorded Statement.* Upon a defendant's request, the government must disclose to the defendant, and make available for inspection, copying, or photographing, all of the following:
  (i) any relevant written or recorded statement by the defendant if:
   - the statement is within the government's possession, custody, or control; and
   - the attorney for the government knows—or through due diligence could know—that the statement exists;
  (ii) the portion of any written record containing the substance of any relevant oral statement made before or after arrest if the defendant made the statement in response to interrogation by a person the defendant knew was a government agent; and
  (iii) the defendant's recorded testimony before a grand jury relating to the charged offense.

\* \* \*

(D) *Defendant's Prior Record.* Upon a defendant's request, the government must furnish the defendant with a copy of the defendant's prior criminal record that is within the government's possession, custody, or control if the attorney for the government knows—or through due diligence could know—that the record exists.

(E) *Documents and Objects.* Upon a defendant's request, the government must permit the defendant to inspect and to copy or photograph books, papers, documents, data, photographs, tangible objects, buildings or places, or copies or portions of any of these items, if the item is

within the government's possession, custody, or control and:

(i) the item is material to preparing the defense;
(ii) the government intends to use the item in its case-in-chief at trial; or
(iii) The item was obtained from or belongs to the defendant.

FRCP Rule 16.

Defendant DUENAS is entitled to any and all discovery in the possession of the United States of America, which discovery the United States of America may use at trial in this matter.

Accordingly, in order to provide Defendant DUENAS' counsel ample time to prepare for trial in the above matter, Defendant DUENAS respectfully requests this Honorable Court to continue trial in this matter until such time that the United States of America and Defendant's former counsel provides the required discovery to Defendant DUENAS, or at the Court's convenience.

Respectfully submitted this 25th day of February, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**RAYMOND IGNACIO DUENAS, JR.**

By: _____
LOUIE J. YANZA