Louie J. Yanza
**MAHER . YANZA . FLYNN . TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

**FILED**
DISTRICT COURT OF GUAM

FEB 25 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00039 |
| Plaintiffs, | |
| vs. | DECLARATION OF LOUIE J. YANZA IN SUPPORT OF DEFENDANT RAYMOND IGNACIO DUENAS, JR.'S MOTION FOR CONTINUANCE |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS, | |
| Defendants. | |

I, LOUIE J. YANZA, declare as follows:

1. I am above the age of 18 and legally competent to testify to the facts below, and that I do so based upon personal knowledge.

2. I am the court-appointed counsel for Defendant RAYMOND IGNACIO DUENAS, JR. ("DUENAS") in the above-entitled action.

3. I have spoken with Defendant's former counsel, Messrs. Samuel Teker and Joseph Razzano, who still continue to locate the requested discovery.

4. On February 21, 2008, I spoke with Assistant U.S. Attorney Karon V. Johnson who advised me that the police reports are approximately two-inches thick. I

asked that she provide me with a copy of said discovery since former counsel has yet to provide such to me. Ms. Johnson replied that she would not provide me with the copies as it would cost money. I advised her I would pay for the fees associated with the photocopies. To date, Ms. Johnson has not provided me or indicated that she would provide me with the requested discovery.

I declare under penalty of perjury under the laws of Guam (6 G.C.A. §4308) that the foregoing is true and correct.

Executed this 25th day of February, 2008, in Hagåtña, Guam.

LOUIE J. YANZA