Louie J. Yanza
**MAHER . YANZA . FLYNN . TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

**FILED**
DISTRICT COURT OF GUAM

FEB 25 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>RAYMOND IGNACIO DUENAS, JR.<br>and LOURDES CASTRO DUENAS,<br><br>Defendants. | CRIMINAL CASE NO. CR07-00039<br><br>CERTIFICATE OF SERVICE |

I, LOUIE J. YANZA, hereby certify that on the 25th day of February, 2008, I caused a copy of the foregoing documents:

1. Motion for Continuance; Memorandum of Points and Authorities; and

2. Declaration of Louie J. Yanza in Support of Defendant Raymond Ignacio Duenas, Jr.'s Motion for Continuance.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

/ /

1

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE**<br>United States of America v. Raymond Ignacio Duenas, Jr., et al. |
| 2 | U.S. District Court of Guam, Criminal Case No. CR07-00039 |

**Ms. Karon V. Johnson**
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for the United States of America**

**Rawlen M.T. Mantanona, Esq.**
CABOT MANTANONA, LLP
Edge Building, Second Floor
929 S. Marine Corps Drive
Tamuning, Guam 96913
**Counsel for Defendant Lourdes Castro Duenas**

Respectfully submitted this 25th day of February, 2008.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**RAYMOND IGNACIO DUENAS, JR.**

By: _/s/ LOUIE J. YANZA_