CABOT
MANTANONA LLP
Edge Building, Second Floor
929 South Marine Corps Drive
Tamuning, Guam 96913
Telephone: (671) 646-2001
Facsimile: (671) 646-0777

FILED
DISTRICT COURT OF GUAM

FEB 26 2008

JEANNE G. QUINATA
Clerk of Court

IN THE DISTRICT COURT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> RAYMOND IGNACIO DUENAS, JR. ) <br> and LOURDES CASTRO DUENAS, ) <br> ) <br> Defendants. ) <br> _____ ) | CRIMINAL CASE NO. CR07-00039 <br><br> **DEFENDANT LOURDES C. DUENAS' NON OPPOSITION TO MOTION FOR CONTINUANCE** |

Defendant Lourdes Castro Duenas, by and through her undersigned counsel, hereby files this statement of non-opposition to Co-Defendant's Motion for Continuance filed with this court on February 25, 2008.

Dated this 26th day of February, 2008.

CABOT MANTANONA LLP
Attorneys for *Lourdes C. Duenas*

By: _____
RAWLEN M.T. MANTANONA