

duenasdiscmot

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

**FILED**
DISTRICT COURT OF GUAM

FEB 27 2008

JEANNE G. QUINATA
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, ) | |
| vs. ) | UNITED STATES' RESPONSE TO MOTION FOR DISCOVERY |
| RAYMOND IGNACIO DUENAS, JR. ) | |
| Defendant. ) | |

Louie Yanza, Esq., who is the third defense attorney on this case, asserts that he has not received the discovery in this matter, which constitutes volumes of reports numbering hundreds of pages, from former counsel, Joe Razzano. Undersigned counsel talked to Mr. Razzano, who advises that he cannot find it. Accordingly, the United States will to have to assemble a new set of reports for Mr. Yanza. The government intends to bate-stamp and scan all the materials it deems relevant to this case, put them on a disc, and deliver the disc to counsel. This will take at least four hours of our staff's time.

//

//

This is not an infrequent occurrence. The government suggests that in the future, before an attorney is allowed to withdraw from a case, he certify that he has turned over his entire file, with all related materials, to the new attorney.

RESPECTFULLY SUBMITTED this 27th day of February, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

BY: *(signed)*
KARON V. JOHNSON
Assistant U.S. Attorney

- i -