Louie J. Yanza
**MAHER · YANZA · FLYNN · TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

**FILED**
DISTRICT COURT OF GUAM

MAR 1 8 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | **CRIMINAL CASE NO. CR07-00039** |
| Plaintiffs, | **DEFENDANT RAYMOND IGNACIO DUENAS, JR.'S OPPOSITION TO THE GOVERNMENT'S MOTION TO REQUIRE THE DEFENDANT TO SUPPLY EXEMPLARS OF HANDWRITING AND HANDPRINTING; CERTIFICATE OF SERVICE** |
| vs. | |
| RAYMOND IGNACIO DUENAS, JR., et al., | |
| Defendants. / | |

In its Motion to Require the Defendant to Supply Exemplars of Handwriting and Handprinting, the Government claims that it is relevant to the charges in this matter as to whether the Defendant authored an alleged drug ledger. This contention is misleading. The Defendant is currently charged with the following:

1. Conspiracy to Distribute Methamphetamine Hydrochloride [21 U.S.C. § 841(a)(1)] (Count 1)

2. Possession of Methamphetamine Hydrochloride with Intent to Distribute [21 U.S.C. § 841(a)(1)] (Count 2); and

3. Using and Carrying a Firearm During a Drug Trafficking Crime [18 U.S.C. § 924(c)(1)(A)(i)] (Counts 3 & 4)

1

ORIGINAL

Whether the Defendant authored the alleged drug ledger is irrelevant to the drug charges. Relevance means: "Evidence having any tendency to make the existence of any fact that is of consequence to the determination of the action more probable or less probable than it would be without the evidence." Whether the Defendant authored a drug ledger is irrelevant for purposes of determining whether he is guilty or not guilty to the possession of methamphetamine and conspiracy to distribute.

Dated this 18th day of March, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**RAYMOND IGNACIO DUENAS, JR.**


By: _____
LOUIE J. YANZA

## CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before March 18, 2008, I caused to be sent by personal service or by facsimile a copy of the annexed **Defendant Raymond Ignacio Duenas, Jr.'s Opposition to the Government's Motion to Require the Defendant to Supply Exemplars of Handwriting and Handprinting; Certificate of Service**, to the following parties at their place of business:

**Ms. Karon V. Johnson**
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for the United States of America**


**Rawlen M.T. Mantanona, Esq.**
CABOT MANTANONA, LLP
Edge Building, Second Floor
929 S. Marine Corps Drive
Tamuning, Guam 96913
**Counsel for Defendant Lourdes Castro Duenas**

Respectfully submitted this 18th day of March, 2008.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
**RAYMOND IGNACIO DUENAS, JR.**

By: _____
**LOUIE J. YANZA**