**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**CRIMINAL MINUTES**
**INITIAL APPEARANCE**

CASE NO.: CR-07-00039          DATE: March 21, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori                Court Reporter: None Present
Courtroom Deputy: Walter Tenorio            Electronically Recorded: 8:49:58 - 8:58:15
CSO: D. Quinata

**APPEARANCES:**
Defendant: Raymond Ignacio Duenas, Jr.      Attorney: Louie Yanza
           Lourdes Castro Duenas                      Rawlen Mantanona

☑ Present ☑ Custody ☐ Bond ☐ P.R.           ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson                U.S. Agent:
U.S. Probation: Stephen Guilliot            U.S. Marshal: D. Punzalan/G. Perez
Interpreter:                                Language:

**PROCEEDINGS: Initial Appearance on a Superseding Indictment and Arraignment**
- Defendants sworn and examined.
- Defendants waives reading of Superseding Indictment.
- Pleas entered: Not guilty
- Tentative Trial set for: May 13, 2008 at 9:30 a.m.
- Defendants remanded to the custody of the U.S. Marshals Service.

NOTES: