AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF

FILED
DISTRICT COURT OF GUAM
MAR 25 2008
JEANNE G. QUINATA
Clerk of Court

UNITED STATES OF AMERICA
V.

**RAYMOND IGNACIO DUENAS, JR.**

(Name and Address of Defendant)

## SUMMONS IN A CRIMINAL CASE

Case Number: **CR-07-00039-001**

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| District Court of Guam<br>3rd Floor, U.S. Courthouse<br>520 West Soledad Avenue | 302 |
| | **Date and Time** |
| Before: Honorable Joaquin V. E. Manibusan, Jr. | **Friday, March 21, 2008 at 8:30 a.m.** |

To answer a(n)

- **X** Superseding Indictment
- ☐ Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title _____ United States Code, Section(s) _____

Brief description of offense:

Conspiracy to Distribute Methamphetamine Hydrochloride, 21 U.S.C. §§ 841(a)(1) and 846, Count 1

Possession of Methamphetamine Hydrochloride With Intent to Distribute, 21 U.S.C. §§ 841(a)(1), Count 2

Using and Carrying a Firearm During a Drug Trafficking Crime, 18 U.S.C. § 924(c)(1)(A)(i), Count 3

Felon in Possession of Firearms, 18 U.S.C. § 922(g)(1), Count 4

Possession of Stolen Firearms, 18 U.S.C. § 922(j), Count 5

ORIGINAL

MARILYN B. ALCON; Deputy Clerk
Name and Title of Issuing Officer

*Marilyn B. Alcon*
Signature of Issuing Officer

**March 19, 2008**
Date

# RETURN OF SERVICE

Service was made by me on:[1]   Date  3/21/08

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:

USMS - Hapeto, Ga

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on   3/21/08
              Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.