# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

UNITED STATES OF AMERICA

V.

RAYMOND IGNACIO DUENAS, JR. and
LOURDES CASTRO DUENAS

**NOTICE**

CASE NUMBER: CR-07-00039

TYPE OF CASE:
☐ CIVIL     X CRIMINAL

X **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
| U.S. Courthouse<br>520 West Soledad Avenue<br>Hagatna, Guam 96910 | 4th Floor Courtroom |
| | DATE AND TIME |
| | April 3, 2008 at 1:30 P.M. |

TYPE OF PROCEEDING

MOTION FOR HANDWRITING EXEMPLARS
MOTION IN LIMINE
MOTION TO APPOINT ADDITIONAL COUNSEL

☐ **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
|  |  |  |

JEANNE G. QUINATA, CLERK OF COURT
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

APRIL 1, 2008     /s/ VIRGINIA T. KILGORE
DATE     (BY) DEPUTY CLERK

TO:     Louie J. Yanza, Esq.
         Rawlen M.T. Mantanona
         U.S. Attorney's Office
         U.S. Probation Office