Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

FILED
DISTRICT COURT OF GUAM
APR 02 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiffs,<br>vs.<br><br>RAYMOND IGNACIO DUENAS, JR., et al.,<br><br>        Defendants. | CRIMINAL CASE NO. CR07-00039<br><br>DECLARATION OF LOUIE J. YANZA IN SUPPORT OF DEFENDANT RAYMOND IGNACIO DUENAS, JR.'s MOTION FOR HANDWRITING AND FINGERPRINT EXPERTS |

I, LOUIE J. YANZA, declare as follows:

1. I am above the age of 18 and legally competent to testify to the facts below, and that I do so based upon personal knowledge.

2. I am the court-appointed counsel for Defendant RAYMOND IGNACIO DUENAS, JR. ("DUENAS") in the above-entitled action.

3. Attached hereto, marked Exhibit "A," is a true and correct copy of David S. Moore's curriculum vitae and fee schedule.

4. Attached hereto, marked Exhibit "B," is a true and correct copy of Kenneth R. Moses' curriculum vitae and fee schedule.

1

DECLARATION OF LOUIE J. YANZA IN SUPPORT OF DEFENDANT RAYMOND I. DUENAS, JR.'S MOTION FOR HANDWRITING AND FINGERPRINT EXPERTS
UNITED STATES OF AMERICA V. RAYMOND I. DUENAS, JR., ET AL.
U.S. DISTRICT COURT OF GUAM, CRIMINAL CASE NO. CR07-00039

I declare under the penalty of perjury, 6 G.C.A. Section 4308, under the law of Guam, that the foregoing is true and correct.

Dated at Hagatna, Guam, this 2nd day of April, 2008.

_/s/ LOUIE J. YANZA_

2
Case 1:07-cr-00039   Document 151   Filed 04/02/2008   Page 2 of 12

# DAVID S. MOORE
## *Forensic Document Examiner*
MOORE DOCUMENT LABORATORY
9010 BARRHILL WAY
FAIR OAKS, CA 95628

PHONE
(916) 989-3205 / (800) 989-3205
www.mooredocs.com

FAX
(916) 989-9674
email: dmoore@mooredocs.com

## CURRICULUM VITAE

DIPLOMATE - American
Board of Forensic
Document Examiners, Inc.

Southwestern Association
of Forensic Document
Examiners

**August 2007**

American Academy of
Forensic Sciences

Southern Association
of Forensic Scientists

| | |
|---|---|
| **EDUCATION** | B.S., Criminal Justice, University of Nebraska, Omaha, NB; 1972 (4.0 GPA). |
| | M. Ed., Adult Education, Georgia Southern College, Statesboro, Georgia; 1976 (4.0 GPA). |
| **PROFESSIONAL TRAINING** | Questioned Document Course, US Army Criminal Investigation (CID) Laboratory, Fort Gordon, GA; *Jan. 1974 - Dec. 1975*. |
| | US Secret Service Questioned Document Course, Washington, D.C.; Nov. 1975. |
| | Survey of Questioned Documents, Federal Bureau of Investigation, Quantico, VA; Jul. 1975. |
| | Questioned Documents Examination Proficiency Tests, Crime Laboratory Proficiency Testing Program: 1984, 1985, 1986, 1987, 1988, 1989, 1990, 1991, 1992, 1993, 1995, 1996, 1997, 1998 (tests 9806 & 9814), 1999 (tests 99-521 & 99-524), 2000 (tests 00-521 & 00-524), 2001 (test 01-521), 2003 (test 03-521). |
| | Authenticating Questioned Documents Seminar, ASQDE Meeting, Boulder, CO; Aug. 2007 |
| | Photoshop Class, Southwestern Association of Forensic Document Examiners Meeting, Tempe, AZ; Sep. 2006 |
| | How *Frye* and *Daubert* Have Changed the Presentation of Criminalistics and Questioned Documents in Court Workshop; American Academy of Forensic Sciences (AAFS) Meeting, Seattle, WA; Feb. 2006. |
| | Digital Output Devices & Forensic Examination of Electrophotographic Documents Workshops, Southwestern Association of Forensic Document Examiners (SWAFDE) Fall Meeting, Golden, CO; Oct. 2004. |
| | Adobe Photoshop for Forensic Document Examiners, American Academy of Forensic Sciences (AAFS) Meeting, Dallas, TX, Feb. 2004. |
| | Practical Digital Photography Workshop, AAFS Meeting, Atlanta, GA; Feb. 2002. |
| | Tour of Scientific Games, Security Printing Company That Produces Lottery Tickets & Games, AAFS Meeting, Atlanta, GA; Feb. 2002. |
| | Paper Science Related to Questioned Documents Workshop, AAFS Meeting, Atlanta, GA; Feb. 2002. |
| | Detection of Counterfeit Documents Workshop, SWAFDE Fall Meeting, Tempe, AZ; Sep. 2001. |
| | Forensic Examination of Typographic Documents Workshop, SWAFDE Fall Meeting, Tempe, AZ; Sep. 2001. |
| | History of Handwriting, Basic Calligraphy, Sketching, and Signature Workshop; SWAFDE Spring Meeting, Monterey, CA; Mar. 2001. |
| | The 2nd International Symposium on the Forensic Examination of Questioned Documents (sponsored by the FBI), Albany, NY, Jun. 1999. |
| | National Conference on Science and the Law, San Diego, CA, Apr. 1999. |



**PROFESSIONAL TRAINING (Cont'd)**

Medical Record Examination Advance Study Workshop (sponsored by ABFDE), San Diego, CA, Mar. 1998.
Difficult & Complex Handwriting Examinations Seminar, (sponsored by the ABFDE), Burlingame, CA, Jan. 1997.
Managing Your Private Practice Seminar, SWAFDE 15th Anniversary Conference, Tucson, AZ, Oct. 1996.
The Fifth Annual National Expert Witness And Litigation Seminar, Hyannis, MA; Jun. 1996.
Video Spectral Examinations: Imaging Documents Throughout the Spectrum Workshop, AAFS Meeting, Nashville, TN; Feb. 1996.
Digital Image Processing for Questioned Document Examiners Workshop, AAFS Meetings, Seattle WA; Feb. 1995 & Nashville, TN; Feb. 1996.
Questioned Document Reference Database and Typewriter Classification Database Workshop, AAFS Meeting, Seattle, WA; Feb. 1995.
Fluorescence and Luminescence Techniques in Questioned Documents Symposium, California Criminalistics Institute (CCI), CA Department of Justice, Sacramento, CA; Feb. 1992.
Courtroom Presentation of Evidence Class, CCI, CA Department of Justice, Sacramento, CA; Oct. 1991.
Laser Seminar, Southern California Laser Study Group, Downey, CA; Feb. 1990.
Photocopier Workshop, AAFS Meeting, Philadelphia, PA; Feb. 1988.
Questioned Documents Signature Seminar, AAFS Meeting, Philadelphia, PA; Feb. 1988.

**RELEVANT WORK EXPERIENCE**

1994-Present: Full-time private practice as proprietor of *Moore Document Laboratory*, Fair Oaks, CA.
1984-1994: Questioned Document Examiner II, California Department of Justice, Sacramento, CA.
1982-1984: Examiner of Questioned Documents, Las Vegas Metro. Police Criminalistics Laboratory, Las Vegas, NV.
1980-1982: Senior Questioned Document Analyst, Southern Region US Postal Crime Lab, Memphis, TN
1980: Questioned Document Examiner II, California Department of Justice, Sacramento, CA.
1978-1979: Chief, Questioned Documents Section, US Army CID Laboratory, Fort Gordon, GA.
1976-1978: Examiner of Questioned Documents, US Army CID Laboratory, Fort Gordon, GA.
1974-1975: Questioned Document Student, US Army CID Lab., Fort Gordon, GA.
*1965-1979*: Special Agent, US Army Criminal Investigations (CID) Agency.

**CERTIFICATE**

Board Certified (and Tested) as "Diplomate" of the American Board of Forensic Document Examiners (ABFDE); since 1978.

**PROFESSIONAL MEMBERSHIPS/ OFFICES HELD**

The American Academy of Forensic Sciences (AAFS), Fellow, since 1975.
The Southern Association of Forensic Scientists (SAFS), Member, since 1975.
The Southwestern Association of Forensic Document Examiners (SWAFDE), Member, since 1985.
Northern California Laser Study Group, Member from 1988 - 1994.
American Society of Testing & Materials (ASTM), Member since 1997.
Document Examiners of Northern California Study Group (DENC) since 1997.
Coalition of Private Practice Examiners (COPPE), Member since 1997.
National Honor Society of Phi Kappa Phi, Member since 1976.

| | |
|---|---|
| **PROFESSIONAL MEMBERSHIPS/ OFFICES HELD (Cont'd.)** | Director of the Board of ABFDE; 1999- 2002.<br>Director of the Board of Forensic Specialty Accreditation Board; 2000 -2002.<br>Northern Pacific Regional Representative of SWAFDE; 1998-2003.<br>Northern California Regional Representative of SWAFDE; 1997.<br>Proficiency Testing Committee, SWAFDE, Chairperson, 1989/90.<br>Continuing Education Committee, ABFDE, Chairperson, 1999-2002.<br>Editorial Staff of the Southwestern Examiner, Member, 1992.<br>Public Relations Committee, SWAFDE, Member, 1996/1997.<br>COPPE Representative at Scientific Working Group - Documents (SWGDOC) Subcommittee for Standard Operating Procedures and Terminology, Apr. 1999. |
| **PROFESSIONAL MEETINGS** | American Academy of Forensic Sciences (AAFS): 1975, 1978, 1980, 1981, 1984, 1985, 1986, 1987, 1988, 1991, 1993, 1995, 1996, 1998, 2000, 2002, 2003, 2004 & 2005.<br>American Society of Question Document Examiners (ASQDE): 1976, 1983, 1988, 1989, 1990, 1994, 1997, 2001 & 2007.<br>International Association for Identification (IAI): 1988.<br>Southwestern Association of Forensic Document Examiners (SWAFDE): Spr. 1983, Fall 1985, Fall 1986, Fall 1987, Spr. & Fall 1988, Fall 1989, Spr. 1990, Spr. & Fall 1991, Spr. 1992, Spr. 1993, Spr. 1994, Spr. & Fall 1996, Fall 1997, Spr. & Fall 1998, Spr. & Fall 1999, Spr.& Fall 2000, Spr. & Fall 2001, Spr. & Fall 2002, Spr. 2003, Spr. & Fall 2004, Spr. & Fall 2005 & Spr. & Fall 2006.<br>California State Div. of the International Association for Identification, 1986.<br>Southern Association of Forensic Sciences (SAFS): 1974, 1978, 1979 & 1982.<br>California Association of Criminalists (CAC): Spr. 1989.<br>California State Technical Exchange Program (STEP): 1985, 1989, 1990 & 1991.<br>Northern California Laser Study Group: Nov. 1988, Mar. 1989, Oct. 1989, Jul. 1990, Sep. 1990, Mar. 1991, May 1992, Jan. 1993, & Feb. 1994.<br>Document Examiners of Northern California (DENC) Study Group: Mar., Jun. & Sep. 1997; Jan., Mar. & Jul. 1998; Mar. & Nov. 1999; Aug. 2000 & May 2003.<br>American Society of Testing & Materials (ASTM) Subcommittee E30.02 Questioned Documents: 1998 & 2002.<br>National Conference on Science and the Law: Apr. 1998; Oct. 2000. |
| **PROFESSIONAL PAPERS** | <u>An Unusual Signature</u>. Presented at the 1975 Meeting of SAFS.<br><u>A Comprehensive Two-Year Training Program for Questioned Document Examiners</u>. Presented at the 1976 Conference of ASQDE. |

- <u>Determining the Sequence of Ball-Point Pen Writings - A New Method?</u> Presented at the 1977 Meeting of AAFS and Published in Jan. 1978, Journal of Forensic Sciences.
- <u>The Importance of Shading Habits in Handwriting Identification - A Case Study</u>. Presented at the Fall 1978 Meeting of SAFS and Published in Jan. 1983, Journal of Forensic Sciences.
- <u>Evaluation of a Method to Detect the Site of Rubber Erasures by Powder</u>. Presented at the Fall 1979 Meeting of SAFS and Published in Oct. 1981, Journal of Forensic Sciences.
- <u>The Identification of an Office Machine Copy of a Printed Copy of a Photographic Copy of an Original Sales Receipt</u>. Presented at the 1981 Meeting of AAFS and Published in Jan 1982, Journal of Forensic Sciences.
- <u>Handprinted Notes from a 13-Year-Old Boy</u>. Presented at the Spring 1983 Meeting of SWAFDE.
- <u>A Case Study of the Dangers of Office Machine Copiers: Beware of Self-Serving Standards</u>. Presented at the 1983 Conference of ASQDE.

<mark>CURRICULUM VITAE (Cont'd)</mark>

**PROFESSIONAL PAPERS (Cont'd.)**

- <u>The Importance of Originals: Two Typewriter Case Histories</u>. Presented at the Fall 1985 Meeting of SWAFDE.
- <u>The Electrostatic Detection Apparatus (ESDA) and its Effects on Latent Prints on Paper</u>. Presented at the 1986 Meeting of CSDIAI and 1987 Meeting of AAFS and Published in Mar. 1988, Journal of Forensic Sciences.
- <u>Obtaining Original Typewriter Specimens - A Case Study</u>. Presented at the 73rd Annual Conference (1988) of IAI.
- <u>Conspiracy to Surreptitiously Provide False Nonrequest Known Writings</u>. Presented at the 1989 Meeting of STEP, the 1989 Conference of ASQDE and the Fall 1989 Meeting of SWAFDE.
- <u>The Appearance of Selective Differentiation of Homogenous Ball Pen Ink Lines by Reflected Infrared Irradiation</u>. Presented at the 1989 Conference of ASQDE and Published in the 1990 Vol. 45 issue of the Forensic Science International under the title: <u>Abnormalities Encountered in Infrared Examinations of Ball Pen Writing Over Correction Fluid</u>.
- <u>Page to Book Association Using the Electrostatic Detection Apparatus (ESDA)</u>. Presented at the Spring 1990 Meeting of SWAFDE and 1991 Meeting of AAFS.
- <u>VSC-1 Resolves Confusion between Carbon and Ink Lines</u>. Presented at the Spring 1990 Meeting of SWAFDE, the Jul. 1990 Northern California Laser Study Group and the 1990 Meeting of ASQDE.
- <u>Rainbow Pencils</u>. Presented at the Spring 1990 Meeting of SWAFDE, the 1990 Meeting of STEP, the 1990 Meeting of ASQDE and the 1991 Meeting of AAFS.
- <u>Would You Believe a .308 Caliber Pen?</u> Presented at Spring 1991 Meeting of SWAFDE and the 1991 Meeting of STEP.
- <u>The Care and Feeding of ESDA Documents</u>. Presented at the Spring 1991 Meeting of SWAFDE.
- <u>How to Select a Forensic Document Examiner</u>, Published in the Summer 1991 Vol. 10, No. 2 issue of the Southwestern Examiner; the Summer 1991 issue of The Litigator; the December 1993-January 1994 issue of San Francisco Attorney; in the Fall 1994 Vol. 1, Issue 3 of the Bar Briefs newsletter of the Sonoma County, CA Bar Assoc.; in the Spring 1995, Vol. XVI, No. 2 issue of The Manuscript Society News; in the Oct/Dec 1995, Vol. 1, No. 4, issue of the International Journal of Forensic Document Examiners; included as an enclosure to the January 1997 information pamphlet of the ABFDE.
- <u>Two Pens, One Signature</u>. Presented at Spring 1992 Meeting of SWAFDE.
- <u>An Identification of an Elimination</u>. Presented at Spring 1993 SWAFDE Meeting.
- <u>The Invalid Application of Valid Techniques</u>. Presented at the 65th Annual Conference of the ASQDE, Boulder, CO, Aug. 2007.

**COURT TESTIMONY**

I have appeared, qualified and testified as an expert in the field of questioned documents in Justice, Municipal, Superior, Federal and Military courts and in Administrative Hearings, as well as in depositions and arbitrations, **in excess of 625 times** in more than 20 states within the United States, including a majority of the counties within California.

**TEACHING EXPERIENCE**

I have presented numerous classes on a variety of questioned document topics to federal, state and local attorneys and law enforcement officials; banking and insurance personnel; private civic organizations and individuals.

**SPECIAL AWARDS**

The *Legion of Merit*, US Army, 1980, for services while Chief of the Questioned Document Section, US Army Criminal Investigation Laboratory, Ft. Gordon, GA.

<mark>4</mark>

<mark>Case 1:07-cr-00039   Document 151   Filed 04/02/2008   Page 6 of 12</mark>

# DAVID S. MOORE
## *Forensic Document Examiner*
MOORE DOCUMENT LABORATORY
9010 BARRHILL WAY
FAIR OAKS, CA 95628

PHONE
(916) 989-3205 / (800) 989-3205
email: dmoore@mooredocs.com

FAX
(916) 989-9674
www.mooredocs.com

DIPLOMATE - American
  Board of Forensic
Document Examiners, Inc.

Southwestern Association
of Forensic Document
Examiners

American Academy of
 Forensic Sciences

Southern Association
of Forensic Scientists

July 3, 2007

Re:

## *FEE SCHEDULE*

### *Letter of Acknowledgment*

**Retainer Fee** *(non-refundable):* ................$750.00
  *(includes 3 hours work time)*

**Examinations & Comparisons:** ....................$250./hr.

**Formal Reports:** ...............................$250./hr.

**Consultation/Conference:** ......................$250./hr.

**Travel Time:** ..................................$175./hr.

**Other Expenses:**   (e.g. photography, court charts,
            transportation, etc.) .........*Exact Cost*

**Testimony Fee** (Court/Deposition/Hearing):   .**$300.00/hr.** *(or
                              any portion of an hour)*

Permission to disclose me as your consultant or expert witness **is
not granted** until I receive the $750.00 retainer. ***MAKE CHECKS
PAYABLE TO DAVID S. MOORE.***

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

If the above terms are acceptable, please sign and date this
Acknowledgment and return it with the retainer fee to my
laboratory.

_____       _____
        (signature)                           (date)



Forensic Identification Services

Kenneth R. Moses

- Investigator, Alameda County Coroner's Office, 1966-67

**Additional Professional Activities**

- Instructor in Biometrics, U.C.L.A., 2002-2006
- Instructor in Criminal Identification, Central Intelligence Agency, 2005
- The Innocence Projects (numerous)
- Technical Working Group, Mass Fatalities Incidents, Human Identification, National Institute of Justice, 2001
- Project Director, Infant Identification Program, 2001
- Design and implementation of Digital Image Enhancement System for latent prints, 1989
- National Scientific Working Group for Friction Ridge Analysis, Standards, and Training (SWGFAST), 1998
- Design and construction of Fingerprint Processing Laboratory, SFPD Crime Lab, 1983
- Instructor, Bloodstain Evidence Courses (3), 1986-87, San Francisco Police Academy
- Associate Editor, California Identification Digest, 1997-2001
- Firearms and Tool Mark Examiner, San Francisco Police, 1972-1982
- Lecturer in forensic evidence before the following organizations

  - California Appellate Project
  - DePaul University School of Law
  - USF School of Law
  - Golden Gate U School of Law
  - Hastings School of Law
  - The Innocence Project
  - Massachusetts Bar MCLE
  - California State Bar Continuing Education
  - California Attorneys for Criminal Justice
  - California Public Defenders Association
  - Defense Investigators Training Academy
  - San Francisco Public Defenders Office
  - Alameda Public Defenders Office
  - California Attorneys for Criminal Justice
  - International Association for Identification
  - California State Division IAI

130 Hernandez Avenue ♦ San Francisco, CA 94127
Phone: 415.664.2600 ♦ Fax: 415.664.2615 ♦ Email: forensicid@aol.com
www.forensicidservices.com



Forensic
Identification
Services

Kenneth R. Moses

- National Law Enforcement Seminar
- American Association of Medical Examiners
- University of San Francisco Law School
- Northern California Law Enforcement Training Center, Santa Rosa
- U.S. Postal Inspection Service, San Bruno
- National Association of Bunco Investigators
- Attorney General's Advisory Committee on Criminal Identification

- Assistance and advisory to government agencies in implementation of automated fingerprint and image enhancement systems. Some of those agencies include:

Federal Bureau of Investigation, C.J.I.S. advisory committee on latent fingerprints
U.S. Postal Inspection Service
California Department of Justice, CAL-ID
Massachusetts State Police
Connecticut State Police
Michigan State Police
Illinois State Police
Los Angeles Police Department
Los Angeles Sheriff's Department
Boston Police Department
Chicago Police Department
Idaho Department of Public Safety

## Selected Papers Delivered at Conferences

"Analysis of Error in Fingerprint Identifications; DePaul University School of Law; Chicago, 2006"
"The Professional Investigation of Burglary Scenes", International Assoc for Identification, Annual Conference, 2006
"The Brandon Mayfield Case---Anatomy of Error"; International Assoc for Identification, Annual Conference, 2004
"Fingerprints in Post-Conviction Cases", National Innocence Conference, 2004
"The Role of the Independent Expert", CSDIAI, Concord, 2001
"Crime Scene Evidence Collection and Preservation Issues," California Public Defenders Association, 1999

Page 3 of 6

130 Hernandez Avenue ♦ San Francisco, CA 94127
Phone: 415.664.2600 ♦ Fax: 415.664.2615 ♦ Email: forensicid@aol.com
www.forensicidservices.com

Case 1:07-cr-00039  Document 151  Filed 04/02/2008  Page 9 of 12


Forensic
Identification
Services

Kenneth R. Moses

"AFIS and Community Policing," International Association for Identification, 1999
"Productivity of Fingerprint Systems," International Forensic Symposium, FBI, Quantico, 1987
"Automated Fingerprint Systems," National Assoc. of Criminal Justice Planners, San Diego, 1987
"Blood Spatter Evidence," California Medical Examiners, 1989
"The Future of the Identification Profession," IAI, Sacramento, 1988
"Making AFIS Systems Work," California State Division, IAI, 1987
"Image Processing of Latent Fingerprints," Police Technology Conference, Canberra, Australia, 1992
"Chemical Processing of Fingerprints from Documents," National Association of Bunco Investigators, Charleston, S.C., 1994
"DNA at the Crime Scene," DNA Symposium, University of San Francisco, 1994
"Points Revisited, Individuality in Nature," Cal State Division, IAI, 1997
"Fingerprints in the Courtroom---Legal Aspects of Digitized Fingerprint Technologies,"
   AFIS Users Groups, 1998"AFIS and Community Policing," International Association for Identification, 1999
"Daubert Issues in Identification," Arizona Identification Council, 1999
"Forensic Evidence at Crime Scenes," CAJC/CPDA Capital Case Defense Seminar, 2001
"The Role of the Independent Expert," California State IAI, 2001
"Friction Ridge Identification," Defense Investigators Academy, 2001

## Professional Affiliations

- International Association for Identification
- Past Chairman, Automated Fingerprint Sub-committee, IAI
- American Academy of Forensic Sciences
- International Association of Bloodstain Pattern Analysts
  Scientific Working Group for Friction Ridge Analysis, Standards, and Training (SWGFAST)

## Documented Error—The Mayfield Case

In 2004, fingerprint examiners at the Federal Bureau of Investigation erroneously identified the fingerprint of a Portland attorney, Brendan Mayfield, to a latent print lifted in the bombing of a train in Madrid Spain. Later, Mr. Moses was retained to check the work of the FBI examiners, and he too erroneously identified the print as that of Mayfield.

130 Hernandez Avenue ♦ San Francisco, CA 94127
Phone: 415.664.2600 ♦ Fax: 415.664.2615 ♦ Email: forensicid@aol.com
www.forensicservices.com



Forensic Identification Services

Kenneth R. Moses

This was not only an error but also a significant scientific discovery. Never before in history had two prints with so many similar features (15) been found to come from two different persons. The cause of the error was not just the similarity of the features, but also the recent capability of fingerprint computers to search huge databases across international lines.

As a direct result of the Mayfield case, numerous governmental and university studies were initiated and are on-going to refine the standards of fingerprint identification.

## Certifications:

- Certified Senior Crime Scene Analyst, International Assoc. for Identification
- California Community College Teaching Credential
- Fingerprint Proficiency Test, Nov. 2007, by Collaborative Testing Services, Inc.  Score: 100%

## Honors and Awards:

- George Pletts Award for Lifetime Distinguished Service, California State Division, International Association for Identification, 2000.
- Life Member; California State Division, International Assoc for Identification; 2006
- Outstanding Service Award, 1985, San Francisco Board of Supervisors
- Dedication and Professionalism Award, 1997, Criminal Trial Lawyer's Association
  Police Officer of the Year Award, 1990, San Francisco Chamber of Commerce
- Pursuit of Excellence Award, 1991, U.S. Postal Inspection Service
- Meritorious Conduct Medal, 1993, San Francisco Police Department

Page 5 of 6

130 Hernandez Avenue ♦ San Francisco, CA 94127
Phone: 415.664.2600 ♦ Fax: 415.664.2615 ♦ Email: forensicid@aol.com
www.forensicidservices.com



Forensic
Identification
Services

Kenneth R. Moses

Schedule of Fees

| | |
|---|---|
| Laboratory Examinations. | $195.00/ hour |
| Consultations & Reports | $195.00/ hour |
| Travel time billed as above | |
| Court Appearances & Depositions | $325.00/hour |
| Initial inquiry and consultation (w/o travel) | No charge |

Retainer: $1500.00
or
Copy of court or government authorization for expert witness fees.

Three-hour minimum fee.

Non-billed balance of retainer will be promptly returned upon notification that no further services will be required.

Court appearances and depositions are billed in one-hour increments with a one-hour minimum.

Travel outside a 60-mile radius of San Francisco or Los Angeles is billed at a straight $1560 daily rate plus expenses. Expenses include transportation and lodging. Pre-paid electronic ticketing shall be provided for air travel.

130 Hernandez Avenue ♦ San Francisco, CA 94127
Phone: 415.664.2600 ♦ Fax: 415.664.2615 ♦ Email: forensicid@aol.com
www.forensicidservices.com