Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

**FILED**
DISTRICT COURT OF GUAM

APR 0 2 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00039 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS, | |
| Defendants. | |

I, LOUIE J. YANZA, hereby certify that on the 2nd day of April, 2008, I caused a copy of the foregoing documents:

1. Defendant Raymond Ignacio Duenas, Jr.'s Motion for Handwriting and Fingerprint Experts; Memorandum of Points and Authorities, filed April 2, 2008;

2. Declaration of Louie J. Yanza in Support of Defendant Raymond Ignacio Duenas, Jr.'s Motion for Handwriting and Fingerprint Experts, filed April 2, 2008;

3. Declaration of David S. Moore, filed April 2, 2008;

4. Proposed Order Granting Defendant Raymond Ignacio Duenas, Jr.'s Motion for Handwriting and Fingerprint Experts, submitted, via email, on April 2, 2008.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

**Ms. Karon V. Johnson**
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for the United States of America**

**Rawlen M.T. Mantanona, Esq.**
CABOT MANTANONA, LLP
Edge Building, Second Floor
929 S. Marine Corps Drive
Tamuning, Guam 96913
**Counsel for Defendant Lourdes Castro Duenas**

Respectfully submitted this 2nd day of April, 2008.

MAHER • YANZA • FLYNN • TIMBLIN, LLP
Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

By: _____
LOUIE J. YANZA