# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: CR-07-00039            DATE: April 03, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Kim R. Walmsley      Court Reporter: None Present
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 4:17:51 - 4:28:35
           Virginia T. Kilgore

**APPEARANCES:**

Defendant: Raymond Ignacio Duenas, Jr.      Attorney: Louie Yanza
           Lourdes Castro Duenas            Rawlen Mantanona/John Aguon

☑ Present ☑ Custody ☐ Bond ☐ P.R.      ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson      U.S. Agent:
U.S. Probation: None Present
Interpreter:      Language:

**PROCEEDINGS: Motion for Handwriting Exemplars**
                    **Motion to Appoint Additional Counsel**
                    **Motion in Limine**

- Motion to Appoint Additional Counsel - <u>granted</u>. Counsel to submit order.
  Motion for Handwriting Exemplars - <u>granted</u>. Counsel to submit order.
  Motion in Limine - <u>granted</u>. Counsel to submit order.
- Defendants to remain in the custody of the U.S. Marshals Service.

NOTES: