1  LEONARDO M. RAPADAS
   United States Attorney
2  KARON V. JOHNSON
   Assistant U.S. Attorney
3  Suite 500, Sirena Plaza
   108 Hernan Cortez Ave.
4  Hagåtña, Guam 96910
   TEL: (671) 472-7332
5  FAX: (671) 472-7334

6  Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
|---|---|---|
| Plaintiff. | ) | **O R D E R** |
| vs. | ) | |
| RAYMOND IGNACIO DUENAS, JR., | ) | |
| Defendant. | ) | |

This matter came before the Court on April 3, 2008, concerning the motion of the United States for certain handwriting and handprinting exemplars of RAYMOND IGNACIO DUENAS, JR. Upon the representation that such exemplars are necessary and relevant in the above-entitled proceeding, it is hereby

**ORDERED** that RAYMOND IGNACIO DUENAS, JR., give handwriting and handprinting exemplars in such characters and numbers as may be requested by any Drug Enforcement Administration or U.S. Postal Inspector agent. The United States Marshal's Service

//
//
//
//
//
//

1 | is ordered to produce RAYMOND IGNACIO DUENAS, JR., on Monday, April 7, 2008, at
2 | 10:00 a.m., at the third floor office of the United States Attorney at the U.S. District Courthouse
3 | for the taking of said exemplars.

So Ordered.



/s/ Frances M. Tydingco-Gatewood
　　Chief Judge
**Dated: Apr 04, 2008**