IN THE DISTRICT COURT OF GUAM

FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039-001 |
| Plaintiff. | ) | |
| vs. | ) | |
| RAYMOND IGNACIO DUENAS, JR., | ) | **ORDER** |
| Defendant. | ) | |

The court believes that oral argument would aid it on ruling on the Defendant's motion to retain experts. See Docket No. 150. Accordingly, the court sets this matter for hearing on Tuesday, May 6, 2008, at 1:30 p.m.

IT IS SO ORDERED.

/s/ Joaquin V.E. Manibusan, Jr.
U.S. Magistrate Judge
**Dated: May 02, 2008**