# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00039 |
| | ) | |
| Plaintiff, | ) | ORDER TO CONTINUE TRIAL |
| | ) | DATE |
| vs. | ) | |
| | ) | |
| RAYMOND IGNACIO DUENAS, JR. | ) | |
| and LOURDES CASTRO DUENAS, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

Through a stipulated motion to continue the trial having come before this court and the court finding good cause for the issuance of the order: IT IS HEREBY ORDERED that the pretrial conference currently scheduled for May 6, 2008 at 9:30 a.m., is hereby rescheduled to August 8, 2008 at 9:30 a.m. It is further ordered that the trial currently set for May 13, 2008 at 9:30 a.m., is hereby continued until the 15th day of August , 2008, at 9:30 a.m.

IT IS ALSO ORDERED, based on the above referenced stipulation, that the parties waive their right to a speedy trial. The time between May 5, 2008 and August 15, 2008, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(8)(A) and that the ends of justice are best served by continuing the case as requested and outweigh the interest of the public and the defendants in a trial within the original date prescribed by the Speedy Trial Act, § 3161.



/s/ Frances M. Tydingco-Gatewood
**Chief Judge**
**Dated: May 05, 2008**