**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES
GENERAL**

CASE NO.: CR-07-00039-001                      DATE: May 06, 2008

HON. JOAQUIN V. E. MANIBUSAN, JR., Magistrate Judge, Presiding
Law Clerk: Judith P. Hattori           Court Recorder: Walter Tenorio
Courtroom Deputy: Walter M. Tenorio     Electronically Recorded: 2:43:06 - 2:53:31

**APPEARANCES:**
Defendant: Raymond Ignacio Duenas, Jr.,     Attorney: Louie Yanza
☑ Present ☑ Custody ☐ Bond ☐ P.R.     ☑ Present ☐ Retained ☐ FPD ☑ CJA
U.S. Attorney: Karon Johnson               U.S. Agent:
U.S. Probation: None Present
Interpreter:                                       Language:

**PROCEEDINGS: Motion to Appoint Handwriting and Fingerprint Experts**
- Defense's request to withdraw motion for fingerprint experts <u>granted</u>.
- Defense argue on motion for handwriting expert, no objection from the government.
- Mr. Yanza requested the court to authorize retaining a handwriting expert and to go beyond the statutory cap on experts fees .
- Court to issue a report and recommendation to the district judge.
- Defendant remanded to the custody of the U.S. Marshals Service.

NOTES: