Louie J. Yanza
**MAHER . YANZA . FLYNN . TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

**FILED**
DISTRICT COURT OF GUAM

MAY 0 7 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00039 |
| Plaintiffs, | DEFENDANT RAYMOND I. DUENAS, JR.'S WAIVER OF SPEEDY TRIAL |
| vs. | |
| RAYMOND IGNACIO DUENAS, JR., et al., | |
| Defendants. | |

I, RAYMOND I. DUENAS, JR., declare as follows:

1. I am above the age of 18 and legally competent to testify to the facts below, and that I do so based upon personal knowledge.

2. I am a defendant in the above-entitled action.

3. I have been advised by my counsel of my right to a speedy trial. I have been advised that I have a right to a speedy trial pursuant to 18 U.S.C. §3161(c)(1) in which trial must commence within 70 days from the filing date of the Indictment.

4. I understand my constitutional rights and statutory rights to a speedy trial. I continue to waive my constitutional and statutory rights to a speedy trial.

I declare under the penalty of perjury, 6 G.C.A. Section 4308, under the law of Guam, that the foregoing is true and correct.

Dated at Hagatna, Guam, this 6th day of May, 2008.

*[Signature]*
~~LOUIE J. TAN~~
Raymond JR T. Duenas