DISTRICT COURT OF GUAM

TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>RAYMOND IGNACIO DUENAS, JR.,<br><br>　　　Defendant. | Criminal Case No. 07-00039<br><br>**ORDER RE REPORT AND RECOMMENDATION** |

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the Defendant's Request to retain the services of David S. Moore, a forensic document examiner is now Granted. *See* Docket No. 162. The recommendations concerning Mr. Moore's retention, as set forth in the Report and Recommendation, are adopted in whole. *Id.* Under 28 U.S.C. § 636(b)(1)(C), the court may accept, reject or modify in whole or in part the Magistrate Judge's recommendation.

**IT IS SO ORDERED**.



**/s/ Frances M. Tydingco-Gatewood**
　　**Chief Judge**
**Dated: Jun 05, 2008**