Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

FILED
DISTRICT COURT OF GUAM
JUL 2 9 2008
JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00039 |
| Plaintiffs, | |
| vs. | CERTIFICATE OF SERVICE |
| RAYMOND IGNACIO DUENAS, JR. and LOURDES CASTRO DUENAS, | |
| Defendants. | |

I, LOUIE J. YANZA, hereby certify that on the 29th day of July, 2008, I caused a copy of the foregoing documents:

1. Defendant Raymond Ignacio Duenas, Jr.'s Proposed Jury Instructions, filed July 29, 2008; and

2. Defendant Raymond Ignacio Duenas, Jr.'s Proposed *Voir* Dire Questions, filed on July 29, 2008.

to be served upon the parties hereto, by either delivering, faxing and/or mailing a copy of same to their attorneys of record, as follows:

Ms. Karon V. Johnson
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for the United States of America**

**Rawlen M.T. Mantanona, Esq.**
CABOT MANTANONA, LLP
Edge Building, Second Floor
929 S. Marine Corps Drive
Tamuning, Guam 96913
**Counsel for Defendant Lourdes Castro Duenas**

Respectfully submitted this 29th day of July, 2008.

                MAHER • YANZA • FLYNN • TIMBLIN, LLP
                Attorneys for Defendant
                **RAYMOND IGNACIO DUENAS, JR.**

By: _____
      LOUIE J. YANZA