Louie J. Yanza
**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
115 Hesler Place, Ground Floor
Governor Joseph Flores Building
Hagåtña, Guam 96910
Telephone No.: (671) 477-7059
Facsimile No.: (671) 472-5487

Attorneys for Defendant
RAYMOND IGNACIO DUENAS, JR.

FILED
DISTRICT COURT OF GUAM

AUG 0 1 2008

JEANNE G. QUINATA
Clerk of Court

# IN THE UNITED STATES DISTRICT COURT

# DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL CASE NO. CR07-00039 |
| Plaintiffs, | |
| vs. | |
| RAYMOND IGNACIO DUENAS, JR., et al., | DEFENDANT RAYMOND I. DUENAS, JR.'S WITNESS LIST; CERTIFICATE OF SERVICE |
| Defendants. | |

Defendant RAYMOND IGNACIO DUENAS, JR. ("DUENAS"), through counsel, MAHER • YANZA • FLYNN • TIMBLIN, LLP, by Louie J. Yanza, hereby submits his witness list for trial in the above-entitled action as follows:

1. Officer Scott Wade, Badge No. 150, Guam Police Department;

2. Chief of Police Paul Suba, Guam Police Department;

3. Officer John A. Perez, Badge No. 622, Guam Police Department;

4. Officer Audrey Mashburn, Badge No. 724, Guam Police Department;

5. Officer Felix C. Camacho, Guam Police Department;

6. Officer Frank R. Santos, Badge No. 230, Guam Police Department;

7. Officer J.P.B. Aguon, Badge No. 233, Guam Police Department;

8. Officer E.G. Piolo, Badge No. 664, Guam Police Department;

9. Officer Jin H. Yi, Guam Police Department;

10. Officer J.V. De Cheves, Badge No. 653, Guam Police Department;

11. Officer R.V. Sevilla, Guam Police Department;

12. David S. Moore, Forensic Document Examiner, Moore Document Laboratory, 9010 Barrhill Way, Fair Oaks, CA 95628;

13. Officer Phillip S.N. Taijeron, Jr., Guam Customs and Quarantine;

14. Officer Joey T. Cruz, Guam Customs and Quarantine;

15. Officer Joseph M.M. Cruz, Guam Customs and Quarantine; and

16. Officer Christopher J. Desoto, Guam Customs and Quarantine.

This witness list is not intended to be a complete list of all witnesses to be called at trial, as Defendant DUENAS reserves his right to call any rebuttal witnesses in addition to any and all persons noted in any reports and documents provided to date by the United States pursuant to discovery, witnesses demonstrated or revealed during trial, and to amend his witness list.

Respectfully submitted this 1st day of August, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**RAYMOND IGNACIO DUENAS, JR.**

BY: _____
LOUIE J. YANZA

# CERTIFICATE OF SERVICE

I, Louie J. Yanza, hereby certify that on or before August 1, 2008, I caused to be sent by personal service or by facsimile a copy of the annexed **Defendant Raymond I. Duenas, Jr.'s Witness List; Certificate of Service**, to the following parties at their place of business:

**Ms. Karon V. Johnson**
Assistant U.S. Attorney
Office of the United States Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatña, Guam 96910
**Counsel for the United States of America**

**Rawlen M.T. Mantanona, Esq.**
CABOT MANTANONA, LLP
Edge Building, Second Floor
929 S. Marine Corps Drive
Tamuning, Guam 96913
**Counsel for Defendant Lourdes Castro Duenas**

Dated this 1st day of August, 2008.

**MAHER • YANZA • FLYNN • TIMBLIN, LLP**
Attorneys for Defendant
**RAYMOND IGNACIO DUENAS, JR.**

BY: _____
LOUIE J. YANZA