Duenaswit

LEONARDO M. RAPADAS
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 07-00039 |
| Plaintiff, ) | |
| vs. ) | **UNITED STATES' WITNESS LIST** |
| RAYMOND IGNACIO DUENAS, JR., and ) LOURDES CASTRO DUENAS, ) | |
| Defendants. ) | |

COMES NOW the United States and hereby files with the Court a list of proposed witnesses for purposes of voir dire.

Respectfully submitted this 8th day of August, 2008.

                        LEONARDO M. RAPADAS
                        United States Attorney
                        Districts of Guam and CNMI

          By:   /s/ Karon V. Johnson
                KARON V. JOHNSON
                Assistant U.S. Attorney

# WITNESS LIST

1) Charles Sedbury
   Special Agent
   Bureau of Alcohol, Tobacco and Firearms (ATF)

2) John Quintanilla
   Special Agent, ATF

3) Elbert G. Piolo
   Special Agent
   GPD Criminal Investigations Service

4) Frank R. Santos
   Guam Police Department

5) Sgt. J.P. Aguon
   Guam Police Department

6) Aida R. Pierce
   Guam Police Department

7) J.V. Chavez
   Guam Police Department

8) J.H. Yi
   Guam Police Department

9) Brian Ingargiola
   Special Agent, ATF

10) Michelle Jong
    Special Agent, DEA

11) Thanh Churchin
    Special Agent, DEA

12) Jason Bordelon
    Forensic Chemist, DEA
    Los Angeles

13) Julie B. Paulino
    Fingerprint Examiner
    Guam Crime Lab

14) B.A.C. Santos
    Guam Police Department

15) Sgt. J.B.P. Aguon
    Guam Police Department

16) Dennis Larson
    Macheche, Dededo