# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# PRETRIAL CONFERENCE

CASE NO.: CR-07-00039          DATE: August 08, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley      Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos      Electronically Recorded: 9:56:08 - 10:12:39

**APPEARANCES:**

Defendant: Raymond Ignacio Duenas Jr.      Attorney: Louie J. Yanza
            Lourdes Castro Duenas                  Rawlen Mantanona/John Aguon
☑Present ☑Custody ☐Bond ☐P.R.      ☑Present ☐Retained ☐FPD ☑CJA

U.S. Attorney: Karon Johnson                   U.S. Agent:
U.S. Probation: None Present
Interpreter:                                                    Language:

**PROCEEDINGS: Pretrial Conference**

- Juror questionnaires to be sent out to prospective jurors. Responses to be provided to parties.
- Request for transcript approved; court reporter should have transcript available to parties within 30 days.
- Continued Pretrial Conference and Scheduling Conference set for: September 11, 2008 at 9:30 AM
- Defendants remanded to the custody of the U.S. Marshals Service.

NOTES: