**IN THE DISTRICT COURT OF GUAM**
**TERRITORY OF GUAM**
**\*AMENDED MINUTES\***
**PRETRIAL CONFERENCE**

CASE NO.: CR-07-00039                               DATE: August 8, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley                          Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos                  Electronically Recorded: 9:56:08 - 10:12:39

**APPEARANCES:**

Defendant: Raymond Ignacio Duenas Jr.               Attorney: Louie J. Yanza
          Lourdes Castro Duenas                     Rawlen Mantanona/John Aguon
☑ Present ☑ Custody ☐ Bond ☐ P.R.                   ☑ Present ☐ Retained ☐ FPD ☑ CJA

U.S. Attorney: Karon Johnson                        U.S. Agent:
U.S. Probation: None Present
Interpreter:                                        Language:

**PROCEEDINGS: Pretrial Conference**
- Request for transcript approved; court reporter should have transcript available to parties within 30 days.
- Juror questionnaires to be sent out to prospective jurors. Responses to be provided to parties.
- \*\*In the interest of justice trial was continued for 2 reasons: (1) transcript of suppression hearing not completed; (2) juror questionnaires to be sent out to prospective jurors.
- Continued Pretrial Conference and Scheduling Conference set for: September 11, 2008 at 9:30 AM.
- Defendants remanded to the custody of the U.S. Marshals Service.

NOTES: