**IN THE DISTRICT COURT OF GUAM
TERRITORY OF GUAM
CRIMINAL MINUTES**

CASE NO.: CR-07-00039　　　　　　　　　DATE: September 11, 2008

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding
Law Clerk: Kim R. Walmsley　　　　　　Court Reporter: Wanda Miles
Courtroom Deputy: Carmen B. Santos　　Electronically Recorded: 9:41:28 - 9:53:31

**APPEARANCES:**

Defendant: Raymond Ignacio Duenas Jr.　　Attorney: Louie J. Yanza
　　　　　　Lourdes Castro Duenas　　　　　　　　　Rawlen Mantanona/John Aguon

☑Present ☑Custody ☐Bond ☐P.R.　　　☑Present ☐Retained ☐FPD ☑CJA

U.S. Attorney: Karon Johnson　　　　　　U.S. Agent:
U.S. Probation: None Present
Interpreter:　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Pretrial Conference and Scheduling Conference (Continued)**

- Court instructed parties to meet and confer re jury questionnaires and to submit to the court the results of their meeting.
- Court advised parties that transcript will be available by 9/12/2008.
- After inquiring of the parties their suggested time frame for completing the outstanding issues, it was determined that one month was sufficient. Therefore, the speedy trial clock remains tolled. The Court finds that the ends of justice are served by continuing the trial and outweigh the public and defendants' right to speedy trial.
- Results of jury questionnaire review and Bruton matters to be discussed at the Continued Pretrial Conference scheduled for 10/14/2008 at 1:30 PM.
- Jury selection and Trial scheduled for 10/20/2008 at 9:00 AM.
- Defendants remanded to the custody of the U.S. Marshals Service.

NOTES: